B. Personal cleanliness and attire shall be consistent with the maintenance of good physical health, safety and the avoidance of giving offense to others;

    C. Shoes shall be worn at all times except as directed by the teacher;

    D. Male students shall wear shirts with sleeves and shall wear garments which are no shorter than 3" above the top of the knee cap;

    E. Female students shall wear dresses or skirts or hemmed shorts or pants which are no shorter than 3" above the top of the knee cap;

    F. Students shall not wear midriff or tank tops or cut-out, revealing clothing;

Authority:   1001.41(2), 1001.42(17), F.S.
Law Implemented:   1006.07, F.S.
History--New 6/28/90   Amended: 12/15/94, 08/08/02

## 5.86 SCHOOL CLUBS, ORGANIZATIONS, AND SOCIAL FUNCTIONS--

Any club or organization in the school must secure the approval of the school principal and comply with guidelines prescribed by the Superintendent.

    I. The charter and constitution of each student club or organization shall set forth the purposes, qualifications for members, and the rules of conduct and shall be maintained on file for immediate reference by all students, administrators, and instructional personnel of the school.

    II. The decision of the members of an organization shall not be one of the factors in selecting additional members.

    III. Initiation ceremony--Any club or organization of a school which engages in an initiation ceremony of its members shall prepare and submit its program of initiation exercise to the faculty sponsor of the club or organization for review and approval by the principal of the school. There shall be no type of hazing in any club or organization within the school. Hazing shall be defined as any action or situation for the purpose of initiation or admission into or affiliation with any organization operating under the sanction of the school which recklessly or intentionally endangers a student's mental or physical health or safety.

    IV. Fraternities, sororities, and secret organizations--There shall be no

EXHIBIT "A"

    secret organizations, such as fraternities or sororities in the public schools, including grades K-12. Any student found to be in violation of this rule and the provisions of Florida Statutes relating to secret organizations shall be subject to suspension or expulsion or both.

V.    Vocational clubs--Vocational clubs shall be co-curricular and considered part of the regular vocational school program. They shall comply with all rules prescribed by the State Board for vocational clubs and organizations.

VI.    No student club, organization or activity shall limit the authority of the school, or its agents or employees, to maintain order and discipline on school premises, to protect the well-being of students and faculty, and to assure that attendance of students at meetings is voluntary.

VII.    All school organizations and student activities within a school shall be teacher-sponsored and approved by the principal. Bands, orchestra, glee clubs, and other school organizations may not participate in programs of a political nature. However, participation of school organizations in community activities of an educational or civic nature is encouraged.

VIII.    Dues shall be reasonable and not prohibitive.

IX.    All meetings shall be held on School Board property. This may be waived for special meetings and events upon the sponsor's request and principal's approval.

X.    The Principal shall appoint a faculty sponsor for each student club/organization, who shall be present at all club/organization meetings and events.

XI.    All monies accruing to any school club or organization shall be accounted for through the school's internal accounting system.

XII.    A student club or organization shall not conduct any activity or act which violates Florida Statutes, School Board rules, or the policies of the local school.

XIII.    All students must have signed parent permission slips to participate in any club or organization.

XIV.    Social Functions--

    A.    Any school social function shall be chaperoned by a member of the instructional staff and must be approved by the principal
prior to scheduling.

    B.    Dances sponsored by the school or any other dances held on school property will be permitted subject to the following conditions:

        1.    Dances must be well chaperoned, and when possible, at least one of the chaperones shall be a parent; and

        2.    They must be attended by the principal of the school or his designated representative.

    C.    A school sponsored party at a beach, river, lake or pool is prohibited.

Authority: 1001.41(2), 1001.42(17), F.S.
Law Implemented: 1001.43, 1006.07, 1006.09, 1006.135, 1006.14, F.S.
History--New 6/28/90        Amended:    11/18/08

### 5.87  EYE PROTECTION DEVICES--

The principal shall inform all teachers concerned with instruction in the courses listed in Section 1006.063, Florida Statutes, of the requirements relating to the wearing of key protective devices. He shall direct such teachers to carry out the provision of this law without exception and at all times.

    I.    The School Board will provide protective eye devices for the students and teachers.

    II.    The students and the teachers shall be required to wear such eye protective devices as directed by the teacher when engaging in activities listed under Section 1006.063, Florida Statutes. Failure or refusal of the student to wear such device shall be cause for his suspension or dismissal from the course.

    III.    Any teacher who fails or refuses to carry out the provisions of this rule and law shall be charged with insubordination or willful neglect of duty.

Authority:    1001.41(2), 1001.42(17), F.S.
Law Implemented:    1006.07, 1006.063, F.S.; 6A-2.97, SBER
History--New 6/28/90

### 5.88  SCHOOL INSURANCE--