

# The Nassau County School District

**1201 Atlantic Avenue**
**Fernandina Beach, Florida 32034**

(904) 491-9900
Fax (904) 277-9042
www.nassau.k12.fl.us

John L. Ruis, Ed.D.
Superintendent of Schools

January 27, 2009

**VIA FACSIMILE AND U.S. MAIL**

Mr. Robert F. Rosenwald, Jr., Esq.
Director, LGBT Advocacy Project
ACLU of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137-3227

Re:  Gay-Straight Alliance of Yulee High School

Dear Mr. Rosenwald:

    I would like to begin by thanking you for taking the time last week to meet with Mr. Len Hackett, Esq. and Mr. David Gibbs III, Esq. in an attempt to settle this matter.  As communicated to you during this meeting, we were willing to let the proposed GSA meet on the condition that the name of the club was changed to reflect the purpose of preventing bullying and discrimination.  A club name highlighting specific sexual orientations will not be permitted as it would violate school board policy.  It is my understanding that this proposal was not to your satisfaction for the following reasons:  (1) the name of the club must communicate the "gay specific" purpose of the organization, and (2) it was illegal for the school board to "de-gay" a student club.  Given the foregoing representations made by you during the January 20, 2009, phone conference, the "Gay-Straight Alliance of Yulee High School" as proposed by your clients Hannah Page and Jacob Brock will be denied access to YHS.  Should you wish to reconsider our previous offer, we would then take on further review and evaluation of the club's proposed constitution to ensure the club meets current school board standards.

    If you have any questions or feel you were misrepresented in any way, please contact Mr. David C. Gibbs III of the Gibbs Law Firm, P.A. immediately.  Again, thank you for your time and consideration of this matter.

Sincerely,

John L. Ruis, Ed.D.

JLR/rj

cc:  Mr. David C. Gibbs III, Esq.
     Mr. Len Hackett, Esq.

*Our mission is to develop each student as an inspired life-long learner and problem-solver with the strength of character to serve as a productive member of society.*

AN EQUAL OPPORTUNITY EMPLOYER          EXHIBIT "B"