# NASSAU COUNTY SCHOOL DISTRICT
# MISSION AND VALUES

*OUR MISSION:*
Our mission is to develop each student as an inspired life-long learner and problem-solver with the strength of character to serve as a productive member of society.

*OUR CORE VALUES:*
*We believe that:*

- all people have intrinsic worth.

- all people are responsible for their actions.

- effective relationships are developed and maintained through mutual respect, trust, and communication.

- the higher the expectations, the higher the performance.

- everyone can learn and that life-long learning is essential for individuals and communities to thrive.

- the role of family is critical in the moral development of an individual.

- strength of character is essential to making quality life choices.

- the community is strengthened when the potential of each person is developed.

EXHIBIT "C"