UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

Case No.: 3:09-cv-112-J-235TEM

GAY-STRAIGHT ALLIANCE OF YULEE
HIGH SCHOOL, et al.

        Plaintiffs,

vs.

SCHOOL BOARD OF NASSAU COUNTY,

        Defendant.

_____/

**PLAINTIFFS' NOTICE OF FILING EXHIBIT**

Plaintiffs, through counsel, serve notice of filing the attached exhibit, entitled "The Play Book, The Campus Game Plan for FCA [Fellowship of Christian Athletes] Leaders," referred to on Thursday, March 5, 2009 during the hearing before this court on Plaintiffs' Motion for Preliminary Injunction.

**Dated March 6, 2009**      **By**:    */s/ Maria Kayanan*
                                                     Fla. Bar 305601
                                                     mkayanan@aclfl.org
                                                     ACLU Foundation of Florida, Inc.
                                                     Counsel for Plaintiffs
                                                     4500 Biscayne Boulevard
                                                     Suite 340
                                                     Miami, FL 33137
                                                     Tel: 786-363-2700
                                                     Fax: 785-363-3108

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March **6**, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: FRANCIS H. SHEPPARD, ESQUIRE and SHARON K. DUNCAN, ESQUIRE, RUMBERGER, KIRK & CALDWELL, Lincoln Plaza, Suite 1400, 300 South Orange Avenue, Post Office Box 1873, Orlando, Florida 32802-1873.

By: /s/ *Maria Kayanan*
Maria Kayanan
Fla. Bar No.:305601
mkayanan@aclufl.org
Robert F. Rosenwald, Jr.
Fla. Bar No.: 0190039)
rrosenwald@aclufl.org
Randall C. Marshall
Fla. Bar No.: 0181765
rmarshall@aclufl.org
American Civil Liberties Union Foundation of Florida
4500 Biscayne Blvd., Suite 340
Miami, Florida 33137
TEL: (786) 363-2713
FAX: (786) 363-1392

and

Shelbi Day, Esq.
Fla. Bar No.: 0603201
sday@aclufl.org
American Civil Liberties Union Foundation of Florida
P.O. Box 18245
Tampa, FL 33679
TEL: (813) 254-3361
FAX: (813) 254-0926

**Attorneys for Plaintiffs**