**Page 1**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

HANNAH PAGE, through her parent
and next friend SUMMER PAGE,

      Plaintiffs,      Case No.: 3:09-CV-112-J-25-TEM

vs.

SCHOOL BOARD OF NASSAU COUNTY,

      Defendant.

STATE OF FLORIDA )
COUNTY OF NASSAU )

    The deposition of HANNAH PAGE, was taken pursuant to Notice of Taking Deposition, on behalf of the Defendant herein, on Monday, November 16, 2009, at 961687 Gateway Blvd., Suite 101L, Fernandina Beach, Florida; commencing at approximately 9:00 a.m., before Maleana B. Mann, a Court Reporter and Notary Public in and for the State of Florida at Large.

COPY

Orange Reporting, Inc.
800-275-7991

**Page 6**

1  Q  So, you're the oldest of the three?
2  A  Uh-huh. (Nods head.) Yes.
3  Q  And your mother is present with us
4  today; is that correct?
5  A  Yes.
6  Q  And her name is Summer Page; is that
7  right?
8  A  Yes.
9  Q  And you said you live with your stepfather
10  also; is that right?
11  A  Yes.
12  Q  What is your stepfather's name?
13  A  Michael Luft.
14  Q  How do you spell Luft?
15  A  L-u-f-t.
16  Q  Okay. How long has your mother been
17  married to Michael Luft?
18  A  Since -- for five years -- right?
19  Q  Does your mother work?
20  A  She works at home.
21  Q  And does your stepfather work?
22  A  He's a teacher.
23  Q  And by whom is he employed?
24  A  He works at the primary school. Yulee
25  Primary.

Orange Reporting, Inc.
800-275-7991

**Page 16**

1  you feel that you were being bullied?
2  A  That was most of it.
3  Q  Do you know why the kids called you a
4  freak?
5  A  I'm not sure.
6  Q  When you -- in the sixth grade, did you
7  transfer from Yulee Elementary to Yulee Middle
8  School?
9  A  Yes.
10  Q  Okay. And at Yulee Middle School are
11  there children from other elementary schools besides
12  Yulee Elementary that feed into that middle school?
13  A  Sometimes.
14  Q  Does Yulee Middle School have more
15  children per class, in terms of, like, are there
16  more sixth graders at Yulee Middle School than there
17  fifth graders at Yulee Elementary?
18  A  I don't know.
19  Q  How many students were in your class, in
20  your fifth grade classroom at Yulee Elementary?
21  A  I'm not sure.
22  Q  Do you know how many students were in your
23  class in sixth grade in Yulee Middle School?
24  A  We had six classes.
25  Q  And so it would be six different groups of

Orange Reporting, Inc.
800-275-7991

**EXHIBIT A**

**Page 17**

1  kids then?
2  A  Yes.
3  Q  You don't change classes in fifth grade,
4  do you?
5  A  No.
6  Q  Okay. So, there's an opportunity then for
7  you to meet more, other children in sixth grade than
8  there would have been in fifth grade; is that right?
9  A  Right.
10  Q  And there were children at Yulee Middle
11  School that had not gone to Yulee Elementary as
12  well; is that right?
13  A  Some.
14  Q  Did the majority of children at Yulee
15  Middle come from Yulee Elementary where you attended
16  fifth grade?
17  A  Most of them.
18  Q  How did sixth grade go for you?
19  A  Well.
20  Q  Did you do well academically?
21  A  Yes.
22  Q  Were you involved in any activities or
23  sports, anything like that in sixth grade?
24  A  I don't remember.
25  Q  Did you experience bullying in sixth

Orange Reporting, Inc.
800-275-7991

Page 18

```
 1  grade?
 2      A   Yes.
 3      Q   More so or less than in the fifth grade?
 4      A   More.
 5      Q   More bullying than in fifth grade?
 6      A   Yes.
 7      Q   What kind of bullying took place in sixth
 8  grade?
 9      A   I was called names a lot and sometimes
10  threatened.
11      Q   What kind of names were you called?
12      A   Dyke, because I again had short hair. I
13  was called a freak. "That weird girl."
14      Q   Did you report any of these complaints?
15      A   No.
16      Q   Did your mother report any complaints?
17      A   No.
18      Q   How would you handle it when other
19  students would call you names?
20      A   I usually ignored them and walked away.
21      Q   Was there anything that you were doing
22  that prompted them to call you names in retrospect?
23      A   Not that I remember.
24      Q   In sixth grade do they separate students
25  into, you know, advanced classes versus less
```

Orange Reporting, Inc.
800-275-7991

Page 19

```
 1  advanced classes, depending on the student's
 2  academic abilities?
 3      A   They have honors classes.
 4      Q   Were you in the honors classes in sixth
 5  grade?
 6      A   Yes.
 7      Q   Do you remember the children who were
 8  picking on you in sixth grade?
 9      A   Not by name.
10      Q   Were they students in the honors classes,
11  or were they students elsewhere?
12      A   It was most of the students that I didn't
13  know.
14      Q   Did you have friends in sixth grade?
15      A   Yes.
16      Q   Were there boys and girls picking on you
17  or --
18      A   Yes.
19      Q   Do they have uniforms at Yulee Middle
20  School?
21      A   No.
22      Q   Did you dress differently than other
23  children?
24      A   Sort of.
25      Q   And how did you do that?
```

Orange Reporting, Inc.
800-275-7991

Page 22

```
 1      A   Yes.
 2      Q   And would you do creative writing through
 3  that?
 4      A   Yes.
 5      Q   And you went to seventh grade at Yulee
 6  Middle, also?
 7      A   Yes.
 8      Q   Did the bullying continue in the seventh
 9  grade?
10      A   Yes.
11      Q   And the same type of thing that you
12  complained about that happened in the sixth grade,
13  or same thing that you're telling us that happened
14  in the sixth grade, continued to happen in the
15  seventh?
16      A   Yes.
17      Q   So you were called names?
18      A   Yes.
19      Q   Same sort of names, "freak"?
20      A   Yes.
21      Q   Dyke?
22      A   Yes.
23      Q   Now, you said you were threatened in sixth
24  grade. I forgot to ask you about that. Tell me
25  what happened.
```

Orange Reporting, Inc.
800-275-7991

Page 23

```
 1      A   I was told that I was going to get beat up
 2  a lot.
 3      Q   For what?
 4      A   They never really specified.
 5      Q   Was it, "If you do this you're gonna be
 6  beat up"?
 7      A   No.
 8      Q   Was it boys or girls that did that?
 9      A   Both.
10      Q   Were you ever physically attacked?
11      A   No.
12      Q   And you didn't report these threats?
13      A   No. Seventh grade I was -- somebody did
14  try and fight me.
15      Q   Tell me what happened.
16      A   We were watching a volleyball game in
17  school.
18      Q   Like, in the gym?
19      A   Yes.
20      Q   Okay.
21      A   She literally turned around and jumped on
22  me.
23      Q   For what?
24      A   Apparently she didn't like my hair.
25      Q   What was the girl's name?
```

Orange Reporting, Inc.
800-275-7991

**EXHIBIT A**

Page 24

```
1    A    Jacqueline, I think.
2    Q    Do you know her last name?
3    A    No.
4    Q    Do you know where she goes to school now?
5    A    No.
6    Q    What happened when she did that?
7    A    I was pinned against the bleachers and she
8  hit me.
9    Q    With her hand?
10   A    Yes.
11   Q    Did you hit her back?
12   A    No.
13   Q    Anybody else see it?
14   A    Yes.
15   Q    Who saw it?
16   A    Everybody else in the gym.
17   Q    What happened to the girl that did it?
18   A    She was suspended for a day.
19   Q    Do you know what she said as to why she
20  did it?
21   A    No.
22   Q    Were you involved in any other fights or
23  any other physical altercations, or something like
24  that, besides the one incident in seventh grade when
25  you were watching the volleyball game?
```

Page 25

```
1    A    No.
2    Q    Throughout your career in school?
3    A    Right.
4    Q    So other than this one time where this
5  girl Jacqueline attacked you in the gym during a
6  volleyball game, you have not been physically
7  assaulted or attacked in school; is that right?
8    A    I've had things thrown at me.
9    Q    When did you have things thrown at you?
10   A    Eighth grade.
11   Q    Any other problems in the sixth or seventh
12  grade that we haven't talked about yet?
13   A    No.
14   Q    Do you remember who your seventh grade
15  teachers were?
16   A    Roughly.  Some of them.
17   Q    Tell me the names that you remember.
18   A    Ms. Ayers, A-y-e-r-s.
19   Q    What does she teach?
20   A    History.
21   Q    Okay.
22   A    Ms. Reynolds.  That's all that I can
23  remember right now.
24   Q    What did Ms. Reynolds teach?
25   A    Math.
```

Page 26

```
1    Q    Now, in eighth grade, who would your
2  teachers had been?
3    A    Ms. Koenig.
4    Q    K-o-e-n-i-g?
5    A    Yes.
6    Q    Okay.
7    A    Mr. Cavender, Ms. Landrum.  I can't
8  remember anybody else.
9    Q    Okay.  Who was your -- what did Ms. Koenig
10  teach?
11   A    Civics.
12   Q    And Mr. Cavender?
13   A    Science.
14   Q    And Ms. Landrum?
15   A    I was a teacher aid.
16   Q    Who was your gifted language arts teacher?
17   A    I had the same gifted language arts
18  teacher seventh and eighth grade.
19   Q    Can you remember the name?
20   A    I think it was Ms. Wilson.  I'm not sure.
21   Q    Did you make good grades in seventh and
22  eighth grade?
23   A    Yes.
24   Q    When you said, "good grades," what are you
25  referring to?
```

Page 27

```
1    A    A/B Honor Roll.
2    Q    And you did that both years?
3    A    Yes.
4    Q    Were you involved in any activities in
5  eighth grade?
6    A    I was in the Campus Club.
7    Q    Okay.
8    A    I was in track in either seventh or eighth
9  grade, I don't remember very well.
10   Q    Track or field?
11   A    Track and field.
12   Q    What were your events?
13   A    I was sick for a lot of practices.  I
14  wasn't in the --
15   Q    Sick?
16   A    Yeah, I had strep throat for a lot of
17  practices during the season so I was substitute for
18  pretty much everything.
19   Q    But what's your favorite event?
20   A    I did shot put and discus.
21   Q    Good.  I have a lawyer in my office who
22  went to University of Florida on a track scholarship
23  for shot put.
24   A    That's awesome.
25   Q    Yeah, she was a big star.
```

Orange Reporting, Inc.
800-275-7991

**EXHIBIT A**

## Page 31

```
along well with her?
    A    Yes.
    Q    Did you have any problems with any of your
teachers?
    A    No.
    Q    Did you find that the bullying got better
or got worse in the eighth grade than it had been in
seventh?
    A    Worse.
    Q    Really?
    A    Yes.
    Q    Same kind of name calling, or what took
place?
    A    I was called a lot of names.  I was
threatened a lot.  I had a lot of people that would
just kind of push me in the hallways, slam doors
open when I was trying to walk past, things were
thrown at me often.
        MR. ROSENWALD:  You all right?
        THE WITNESS:  Uh-huh.  (Nods head.)
BY MR. SHEPPARD:
    Q    You when you say things were thrown at you
often, tell me, like what?
    A    There were a lot of times I had open
things of ranch dressing thrown at me.
```

## Page 32

```
    Q    In the cafeteria?
    A    And outside the cafeteria after lunch.
Other than that, it was pieces of paper and broken
pencils, trash.
    Q    Was it the same group of kids that were
doing this bullying?
    A    Most of the people I just didn't know.
    Q    No more physical attacks like you had in
the seventh grade with the volleyball game though,
were there?
    A    No, other than the things being thrown.
    Q    Did you report any of these incidents?
    A    Yes.
    Q    What did you report?
    A    When the ranch was thrown on me, it got
all over my stuff and that was -- once it missed me
and it didn't get on me, and the second time it
actually was all over me.  I went into the office
after lunch so I could get cleaned off.
    Q    Uh-huh.  (Nods head.)
         Who did you report that to?
    A    The nurse was in there helping me get it
off, as well as the other woman that worked the
front desk.
    Q    Do you know either of their names?
```

## Page 39

```
to start a GSA?
    A    Yes.
    Q    And what do they say to do?
    A    That you need to have an interest in the
club.  You need to have a faculty sponsor and a
constitution and permission from your principal.
    Q    Do you know, was this at the end of the
seventh grade that you read about this on-line?
    A    Yes.
    Q    What prompted you to do this on-line
research?
    A    The bullying and harassment I faced
everyday.
    Q    Did you ever have a Comprehensive Health
Education Class at Yulee Middle School?
    A    I don't know what you mean.
    Q    I understand they have a curriculum for
Comprehensive Health Education where you learn about
health.  I don't know whether that's accurate or
not.  Do you recall such a class?
    A    No.
    Q    Okay.  Did you have health education as
part of any of your other courses?
    A    In the middle school?
    Q    Yes, ma'am.
```

## Page 42

```
    A    There were a number of people who were
interested.
    Q    All right.  Boys and girls?
    A    Yes.
    Q    Now, when did you first talk to anyone at
the school about your interest in starting a
Gay-Straight Alliance?
    A    Eighth grade.
    Q    Did you have any disciplinary problems in
eighth grade?
    A    I was suspended one day.
    Q    What were you suspended for?
    A    Profanity.
    Q    And what did you say?
    A    I told a boy who was harassing me to back
off.
    Q    What was the profanity?
    A    The F-word.
    Q    So, you used the F-word and you got
suspended; is that right?
    A    Yes.
    Q    Who suspended you, do you remember?
    A    Mr. Boatwright, the vice principal.
    Q    Did he witness you use profane language?
    A    No.
```

**EXHIBIT A**

Orange Reporting, Inc.
800-275-7991

**Page 43**

Q  Who witnessed you use the profane language?
A  Ms. Koenig.
Q  Who?
A  Ms. Koenig.
Q  Did you use the F-word in her classroom?
A  Yes, before class started.
Q  Any other disciplinary problems other than the suspension for using the F-word?
A  At the end of the school year I was suspended and sent to an alternative school.
Q  Before you were sent to the alternative school, did you have any other disciplinary problems besides this one-day suspension for using the F-word?
A  I was given a detention for being late to class, and that was it.
Q  Now, do you remember when you first talked to anyone at Yulee Middle School about your interest in a GSA?
A  I remember it was in eighth grade.
Q  Do you remember a date?
A  No.
Q  Do you remember a month?
A  Not exactly. I mean, I talked about it to

**Page 44**

a lot of students throughout seventh and eighth grade, the end of the seventh grade year and beginning of eighth grade.
Q  Do you remember when you first talked to any administrator or faculty member at Yulee Middle School about your interest in a GSA?
A  I don't remember exactly.
Q  Can you tell me what month it was that you first had such a conversation?
A  Around October.
Q  So, sometime in the fall then?
A  Yes.
Q  So, now you're currently in the tenth grade; is that right?
A  Yes.
Q  At Yulee High School?
A  Yes.
Q  So this would have been two years ago?
A  I think so.
Q  Who did you talk to at Yulee Middle School among the faculty or administration when you first raised the issue in the fall of 2007?
A  Ms. Koenig and Ms. Landrum. I talked to them about being sponsors.
Q  Did you talk to them jointly, together or

**Page 45**

did you talk to them by themselves one at a time?
A  One at a time.
Q  Who did you speak to first?
A  I don't remember.
Q  Do you remember where you were when you spoke to Ms. Landrum about this?
A  I think we were in her classroom.
Q  Was it after class or --
A  I don't remember.
Q  Do you remember who else was present, if anyone?
A  I don't remember.
Q  Were you by yourself?
A  I don't remember.
Q  Do you remember whether it was in the morning or in the afternoon?
A  I'm not sure.
Q  Was the classroom empty at the time?
A  I'm not sure.
Q  What did you say to Ms. Landrum?
A  I told her what a GSA was and that I was interested in doing that.
Q  What did you say a GSA was?
A  That it was a group that was a safe place for students and fought against bullying and

**Page 46**

harassment and discrimination in the community and school.
Q  And what did Ms. Landrum say?
A  That it was a great idea.
Q  How long did this conversation take?
A  I'm not sure. I talked to her a couple of times.
Q  Did you ask Ms. Landrum to be a sponsor for the GSA?
A  Yes.
Q  What did she say?
A  That she would need to get more information about it.
Q  Did you refer her to the website?
A  Yes.
Q  Did she agree to be your faculty sponsor?
A  After she looked up the information.
Q  So you're saying that she did agree to be your sponsor?
A  Yes.
Q  It's your testimony that Ms. Landrum agreed to be your sponsor?
    MR. ROSENWALD: Objection, asked and answered.
BY MR. SHEPPARD:

Orange Reporting, Inc.
800-275-7991

EXHIBIT A

Page 47

```
 1    Q    Is that a yes or no?
 2    A    Yes.
 3         MR. ROSENWALD:  I'm sorry.  You can
 4    answer.
 5  BY MR. SHEPPARD:
 6    Q    Well, why then did you talk to Ms. Koenig
 7    about being a sponsor?
 8    A    I had talked to her as well.  There was
 9    multiple occasions that I talk to Ms. Landrum.  In
10    between those, I had also talked to Ms. Koenig.
11    Q    Okay.  What did you say to Ms. Koenig?
12    A    The same thing.
13    Q    Did you refer her to the website as well?
14    A    Yes.
15    Q    And what did Ms. Koenig say?
16    A    That she didn't want to get in the middle
17    of a big issue with the school.
18    Q    Was there already an issue with the school
19    at that point?
20    A    No.
21    Q    Did you ever talk to anyone in the
22    administration about forming a GSA?
23    A    Yes.
24    Q    Who did you speak to in the
25    administration?
```

Page 48

```
 1    A    Dr. Simmons.
 2    Q    Dr. who?
 3    A    Dr. Simmons.
 4    Q    Now, when you went to speak to
 5    Dr. Simmons, had you already spoken to Ms. Koenig
 6    and Ms. Landrum?
 7    A    Yes.  She hadn't already agreed yet.  It
 8    was in between that.
 9    Q    How did you come to talk to Dr. Simmons?
10         MR. ROSENWALD:  Object to the form of the
11    question.  You can answer if you understand it.
12         THE WITNESS:  I don't understand.
13  BY MR. SHEPPARD:
14    Q    Did you contact Dr. Simmons?
15    A    I don't remember.  There were multiple
16    occasions that I talked to him.  I don't remember
17    the first time.
18    Q    Do you remember where you were when you
19    spoke to Dr. Simmons?
20    A    In his office.
21    Q    Do you remember when the first
22    conversation with Dr. Simmons was?
23    A    Not really.
24    Q    Was anyone else present when you spoke
25    with Dr. Simmons in his office?
```

Page 49

```
 1    A    I don't think so.
 2    Q    What did you tell Dr. Simmons?
 3    A    At the very first meeting?
 4    Q    Yes, ma'am.
 5    A    That I was interested in starting a GSA
 6    Q    Did you tell him what a GSA was?
 7    A    Yes.
 8    Q    Now, was this the same time you wanted to
 9    hold the event called a Circle of Equality?
10    A    This was before that.
11    Q    Okay.  What did Dr. Simmons tell you when
12    you talked to him about the GSA on the first
13    occasion?
14    A    That he would look into it.
15    Q    Did he call you back in after that?
16    A    I talked to him again after that.
17    Q    Now, would you be going back and forth to
18    the office when you were Ms. Landrum's aid, just to
19    go back and forth to the school office as part of
20    that activity?
21    A    I would bring her copies from the back of
22    the office where the copy machine is and stuff like
23    that.  So, yes.
24    Q    So you would be in and out of the office?
25    A    Yes.
```

Page 56

```
 1    Friday morning before school.
 2    Q    Okay.  And so you had a Friday morning
 3    event.  More people came to it than you expected?
 4    A    Yes.
 5    Q    And did you consider it a successful
 6    event?
 7    A    Yes.
 8    Q    What did you do at the Circle of Equality?
 9    A    We all sat in a big circle and that was
10    it.
11    Q    Did you sing songs, or talk, or what?
12    A    Most of us were actually quiet because it
13    was supposed to a symbolic event.
14    Q    And what was it supposed to be symbolic
15    of?
16    A    The unity of all people.  That a large
17    group of people can come together and be mature and
18    responsible about doing something very simple.
19    Q    Did people sit on the ground?
20    A    Yes.
21    Q    In a circle?
22    A    Yes.
23    Q    Okay.  And approximately how many people
24    were sitting on the ground in the circle?
25    A    I'm not sure.
```

**EXHIBIT A**

Page 57

1  Q  More than ten?
2  A  I'm not sure.
3  Q  Was it more than a hundred?
4  A  No.
5  Q  Okay. Do you think it was more than 20?
6  A  I really don't know.
7  Q  Do you remember anybody that participated?
8  A  Not specifically by name.
9  Q  Now, did your flyers say who was
10 sponsoring the Circle of Equality?
11 A  Yes.
12 Q  What did it say?
13 A  That if you needed more information you
14 can contact Hannah Page and the Yulee GSA
15 Q  Yulee Middle School GSA?
16 A  No, it just said Yulee.
17 Q  And did it give a contact number?
18 A  No, I don't think so.
19 Q  So, had you already formed the GSA at this
20 point in the school?
21 A  We did not have one at the school.
22 Q  Was there a Yulee GSA outside of the
23 school?
24 A  I had had one meeting at my house with a
25 few people.

Page 58

1  Q  Oh, okay. And did you name that, just the
2  Yulee GSA?
3  A  Yes.
4  Q  And what adults attended the meeting at
5  your house?
6  A  My mom was there.
7  Q  Anyone else?
8  A  I don't remember if my stepdad was there
9  or not.
10 Q  Were the other attendees at the Yulee GSA
11 children or friends of yours?
12 A  Friends of mine.
13 Q  So it was not an adult organization then?
14 A  No.
15 Q  The Yulee GSA that you had a meeting of at
16 your house was attended by your mother and other
17 children?
18 A  Yes, it was. Yes.
19 Q  What other children were involved?
20    MR. ROSENWALD: I'm going to object to the
21 questions to the extent that the identities of
22 the children would need to be divulged.
23    If there's a way that you can ask her, ask
24 for an answer that describes what the ages of
25 the kids were. I don't know what you're trying

Page 60

1  in NAACP vs. Alabama, which prohibits the state
2  from obtaining the names of membership lists
3  where those members would like to remain
4  confidential.
5     MR. SHEPPARD: And based on that objection
6  you're instructing --
7     MR. ROSENWALD: Yes. Based on that
8  objection I'm instructing my client not to
9  answer the question, at least to the extent
10 that she has to give names of the people. She
11 can give demographics, she can answer questions
12 about what kind of people were there or what
13 they talked about, just not the names.
14 BY MR. SHEPPARD:
15 Q  How many students were at your house for
16 this meeting?
17 A  Including me, there were five.
18 Q  Did their parents take them to your
19 parent's house?
20 A  Yes.
21 Q  Were there both boys and girls?
22 A  All five were girls, including me.
23 Q  And what grade were the students in?
24 A  Varying. It was all middle school
25 students.

Page 61

1  Q  Was it sixth, seventh and eighth graders?
2  A  Yes.
3  Q  Did you have a flyer for this meeting at
4  your house?
5  A  Yes.
6  Q  And how did you distribute that?
7  A  It was a little newsletter that I had been
8  doing and it talked about -- like it had an article
9  in it that said why I had started this outside of
10 school, because I had been denied in the school.
11 And I gave it to a few friends of mine who showed it
12 to friends of theirs that got it around like that.
13 Q  What was the name of your news letter, or
14 did you have a name?
15 A  I think I called it The Rainbow Express.
16 Q  When did you start writing The Rainbow
17 Express?
18 A  I don't remember.
19 Q  Do you remember what grade you were in?
20 A  Eighth grade.
21 Q  Now, did you have a charter drafted by the
22 time you had this meeting at your house?
23 A  We adopted the constitution that was
24 adopted from the GLSEN website under the GSA link.
25 Q  And when was the meeting held where you

**Page 62**

adopted the constitution?

A  April 17th. It was the same meeting. It was the first meeting.

Q  Where was the first meeting?

A  At my house.

Q  Now, by this time you had this meeting you had already had two Circle of Equalities at school by April 17th?

A  Yes.

Q  And then did you have a third meeting, I mean, a third Circle of Equality after April 17th?

A  Yes.

Q  Did you talk to Dr. Simmons before the third Circle of Equality and after the second Circle of Equality?

A  Yes.

Q  All right. Now, tell me how that meeting with Dr. Simmons happened.

A  How it came about?

Q  How it came about?

A  He called me up about the flyers that were for the second one.

Q  Okay. And were you in the office and he asked you to come in to see him or what?

A  He called me out of class.

**Page 63**

Q  And you had already talked to him beforehand, right? This wasn't your first time you had ever talked to Dr. Simmons; is that correct?

A  Right.

Q  So, tell me what happened in this meeting with Dr. Simmons?

A  He told me he was fine that I did the Circle of Equality, and that we should move it from the courtyard to another area.

Q  Okay. By the picnic tables?

A  Yes, that's where we moved it to.

Q  Anything else talked about in that meeting with Dr. Simmons?

A  No.

Q  Did you talk to him about the GSA any further?

A  He had already told me that I could not have the club at school.

Q  When did he do that? The last time we talked about the last meeting you said he said to please bring him the information from the website?

A  And I did.

Q  And you had a meeting with him from the time that you brought him --

A  I brought him the --

**Page 64**

Q  Did you have a meeting with him after you brought him the information from the website and before this conversation about the Circle of Equality?

A  Yes.

Q  Do you know when that meeting was?

A  I'm not sure.

Q  Would it have been in April?

A  It was before April.

Q  In March?

A  I think so.

Q  And how did that meeting with Dr. Simmons occur? Did he call you up to his office again?

A  Yes.

Q  What did he say?

A  That it was --

Q  First of all, were you in his office already or did he call you out of class?

A  He called me out of class.

Q  Okay. And what did he say when you got to his office?

A  That it was too controversial of an issue and that he did not want to portray the school as being on one side or the other, so I could not have the GSA at the school.

**Page 67**

still being immature about what we were doing and what we were standing up for, but nothing really happened.

Q  So after the meeting on April 17th at your house, was that before or after the third Circle of Equality? Was that before the third Circle of Equality; is that right?

A  Yes.

Q  Okay. Did you have another meeting besides the one on April 17th?

A  Not after that.

Q  Did you have a meeting to organize or discuss the Day of Silence, the event you were going to hold?

A  That was what we did on the 17th.

Q  Did you talk about the Circle of Equality on the 17th as well?

A  Yes.

Q  Did you have a good turnout for the third Circle of Equality?

A  Yes.

Q  Did you distribute information about the Day of Silence?

A  I talked to people about it.

Q  But you did not distribute information?

Page 66

```
 1    A    Yes.
 2    Q    Did you discuss with Dr. Simmons at any
 3  time about obtaining a faculty sponsor?
 4    A    I told him that I did have a faculty
 5  sponsor.
 6    Q    You told him you had a faculty sponsor?
 7    A    Yes.
 8    Q    Did you tell him who it was?
 9    A    Yes.
10    Q    When did you do that?
11    A    I don't remember.  It was during one of
12  the meetings we had, it came up.
13    Q    Had Dr. Simmons told you that you needed
14  to obtain a faculty sponsor?
15    A    He said at one point that to even start
16  considering having the group you had to have a
17  sponsor, a school staff who was willing to sponsor
18  the group.
19    Q    And you knew that from your website
20  anyway, right?
21    A    Yes.
22    Q    Did anything -- well, tell me what
23  happened on the third Circle of Equality.  Any
24  problems occur there?
25    A    Not really.  We had students that were
```

Page 69

```
 1  Equality?
 2    A    No.
 3    Q    Did you talk to Dr. Simmons about the Day
 4  of Silence before that?
 5    A    Yes.
 6    Q    What did you tell Dr. Simmons about what
 7  the Day of Silence was?
 8    A    I told him that it was a day of
 9  remembrance of people who have been forced to be
10  silent about the harassment and discrimination and
11  bullying they have experienced, as well as the
12  people who have died as a result of it.
13    Q    What did Dr. Simmons say?
14    A    That that was fine.
15    Q    Did you tell him when it was going to be?
16    A    Yes.
17    Q    Did you talk to him about wearing duct
18  tape?
19    A    Yes.
20    Q    Did he say you could do that?
21    A    He said that if we could have an
22  alternative we could actually breathe through our
23  mouths with, that we could use that.
24    Q    Okay.  Did you have any other events
25  besides these three Circles of Equality and the Day
```

Page 70

```
 1  of Silence that you organized?
 2    A    No.
 3    Q    And I guess the one being at your mother's
 4  house?
 5    A    Right.
 6    Q    Did you have any events that you tried to
 7  hold but were told that you could not hold?
 8    A    Other than the GSA meetings at the school.
 9    Q    What was your plan for when the meetings
10  would take place?  When did you want to hold GSA
11  meetings?
12    A    After school.
13    Q    After school?
14    A    Uh-huh.  (Nods head.)  Yes.
15    Q    Did you have a day in mind?
16    A    Not specifically.
17    Q    Now, are you having GSA meetings at this
18  time?
19    A    Yes.
20    Q    And where are you holding them?
21    A    At the high school.
22    Q    Do you have a faculty sponsor whose
23  classroom you have them in?
24    A    Yes.
25    Q    And how often do you have them?
```

Page 77

```
 1  name down and got it -- she thought that I -- that
 2  someone else was me.  She was -- mistook me for
 3  another person and she apologized for it later.
 4         MS. PAGE:  It's all right if I look at
 5    this now?
 6         MR. ROSENWALD:  Are you done with her
 7    looking at this, Frank?
 8         MR. SHEPPARD:  Yeah, if she wants to look
 9    at it.
10         MS. PAGE:  I remember this.
11         THE WITNESS:  Huh?
12         MS. PAGE:  I remember this.
13         MR. ROSENWALD:  Shh.
14  BY MR. SHEPPARD:
15    Q    So on the day that you had the cursing
16  event on April 21st, that was Ms. Koenig that wrote
17  you up; is that right?
18    A    Yes.
19    Q    And was the boy that was involved named
20  Joey Shiver?
21    A    Yes, Shiver.
22    Q    Shiver?
23    A    Yes.
24    Q    Where did that happen?
25    A    Ms. Koenig's room.
```

Orange Reporting, Inc.
800-275-7991

**EXHIBIT A**

Q Where?
A Ms. Koenig's room.
Q In her classroom?
A Yes.
Q And that was -- was it during class time, or before class, or after class?
A Before class.
Q Are you familiar with the Code of Student Conduct?
A Yes.
Q Is profanity or obscene language prohibited by the Code of Student Conduct?
A As far as I know, yes.
Q Is harassment or bullying prohibited by the Code of Student Conduct?
A As far as I know.
Q It is as well?
A I think so.
Q Okay. And is possession of over the counter medications during school prohibited by the Code of Student Conduct?
A I think so.
Q Would possession of razors be prohibited by the Code of Student Conduct?
A Yes.

there is no relevance to the question of whether a GSA should or was allowed to meet at Yulee Middle School by any of the marijuana questions. I think that I've given a great deal leeway in asking about the marijuana she had with her. I think that any further inquiry stretches the bounds of relevance into the realm of harassing and totally irrelevant realm, so I'm going to instruct Hannah not to answer that question.

In addiction, I'm not entirely sure that there aren't 5th Amendment concerns with that question.

BY MR. SHEPPARD:
Q Had you taken any other drugs or medications on the Day of Silence?
A No.
Q How many students were involved in the Day of Silence?
A I'm not sure.
Q Were there more than the five who met at your house on April 17th?
A Yes.
Q Do you remember who was involved in the Day of Silence?

A I remember some of the people.
Q Do you remember their names?

MR. ROSENWALD: I'm going to object and instruct Hannah not to answer with the names, although, you can answer whether you remember the names or not, just don't give the names.

THE WITNESS: I remember some of the names.

MR. SHEPPARD: And the same instruction based on the same objections you asserted previously about that meeting?

MR. ROSENWALD: That's correct.

BY MR. SHEPPARD:
Q Now, were you having a career day on the Day of Silence on April 25th, 2008?
A Yes.
Q Had you been to any classes on the Day of Silence before you were taken to the office?
A Yes.
Q What classes had you attended that day?
A First period.

MR. ROSENWALD: I think there will need to be a certain objection to the form of the question, but you could answer and you did.

BY MR. SHEPPARD:

EXHIBIT A

Eve, not Adam and Steve."
Q Did you know any of those students?
A Yes.
Q Did you find those T-shirts offensive?
A Not really.
Q Did you comment to them on the T-shirts?
A No.
Q Did any students make any comments to you, disparaging your Day of Silence event?
A Not that I paid attention to. I was consistently made fun of, so it all kind of runs together.
Q Did you get upset in the cafeteria about something?
A Yes.
Q Did you start cursing in the cafeteria?
A I said one word.
Q What did you say?
A B.S.
Q Okay. Who did you say that to?
A No one in general, it was a, "This is B.S." and I left.
Q You didn't say it to someone in particular?
A No.

Page 90

```
1    Q    What prompted you to say, "This is bull
2  shit"?
3    A    A school staff, I think she worked in the
4  front office.  I was walking with Liz out of the
5  cafeteria because it was -- career day was over.
6    Q    This is Elizabeth Mosses?
7    A    Yes.
8    Q    She goes by Liz?
9    A    Yes.
10   Q    Okay.
11   A    And the school staff came up and told her
12 to take off her necklace and I asked --
13   Q    Her necklace?
14   A    Uh-huh.  (Nods head.)
15   Q    A necklace.
16   A    She was wearing a piece of cloth around
17 her neck as a necklace.
18   Q    Okay.
19   A    Earlier that morning she had had it in her
20 mouth and took it off and was wearing it as a
21 necklace the rest of the day.
22   Q    Okay.  Who was the staff member that told
23 her this?
24   A    I don't know her name.
25   Q    And what happened when you said that?
```

Page 91

```
1    A    Well, she asked Liz to take off the
2  necklace and I wrote on a paper, I asked her why and
3  I handed it to her.  And she put her hand in my face
4  and told me that she was not going to acknowledge me
5  unless I spoke to her verbally.  And I again wrote
6  and I said, "Why?"  And she did it again.  And I put
7  down my stuff and took out papers that explained
8  what we were doing, what the Day of Silence was, and
9  she got -- put her face in my face and told me that
10 she was not going to acknowledge me in any way
11 unless I spoke to her verbally.
12   Q    And is that when you said, "This is bull
13 shit"?
14   A    Yes.
15   Q    So the only verbal response you made to
16 the adult was, "This is bull shit"?
17   A    Yes.
18   Q    What happened then?
19   A    I went to the office to go see the
20 guidance counselor.
21   Q    You went to the office or she took you to
22 the office?
23   A    I went to the office.
24   Q    Who was the guidance counselor?
25   A    I went to go see Ms. Clark.
```

Page 92

```
1    Q    Ms. Clark?
2    A    Yes.
3    Q    Did you know Ms. Clark already?
4    A    Yes.  I went and saw her once a week
5  during school.
6    Q    Why did you do that?
7    A    She was my counselor.  She worked for
8  Sutton Place.
9    Q    For what?
10   A    Sutton Place.
11   Q    What's that?
12   A    It's like a -- I don't really know how to
13 explain.  I don't know what you would say it is.
14 It's like a therapy -- I don't know.
15   Q    And you saw Ms. Clark in the guidance
16 counselor's office once a week?
17   A    Yes.
18   Q    Did you go see Ms. Clark because you was
19 upset?
20   A    I went to go see Ms. Clark because I was
21 upset.  They would not let me see her.
22   Q    Who's "they"?
23   A    Ms. Lentz.
24   Q    How do you spell that?
25   A    L-e-n-t-z.
```

Page 93

```
1    Q    And who is Ms. Lentz?
2    A    She's the guidance counselor that works
3  for the school board at the school.  She works for
4  the middle -- or at -- for the middle school.
5    Q    Did she talk to you?
6    A    Ms. Lentz?
7    Q    Yes.
8    A    Told me that I could not see Ms. Clark.
9  Took me into her office and told me that I was an
10 embarrassment to my school and my community, and I
11 was a disgrace and should be ashamed of myself.
12   Q    Were you -- what were you doing that she
13 thought was bad, was it the cursing?
14   A    She did not tell me.
15   Q    Were you crying at this point?
16   A    Yes.
17   Q    Did you start crying in the cafeteria?
18   A    On my way to the office I started crying.
19   Q    And was anybody else present besides
20 Ms. Lentz?
21   A    No.
22   Q    Did you see Dr. Simmons that day?
23   A    No, not after that.
24   Q    Pardon me?
25   A    Not after that.
```

Orange Reporting, Inc.
800-275-7991

**EXHIBIT A**

94

1     Q    What do you mean, "Not after that"?
2     A    Not after I talked to Ms. Lentz.
3     Q    Did you see Dr. Simmons before you saw
4 Ms. Lentz?
5     A    Not after I went to the office. I saw him
6 in the morning. He was walking around school, but
7 that was it.
8     Q    But you did you speak to him that day?
9     A    No.
10     Q    Did he speak to you?
11     A    He said, "Hi."
12     Q    Okay. Why did you have razor blades in
13 your bag at school?
14     A    Because I have had an issue with cutting.
15     Q    Have you had an issue with cutting
16 yourself?
17     A    Yes.
18     MR. ROSENWALD: Let me -- do you intend to
19 go any further into that?
20     MR. SHEPPARD: I don't think so. If I do,
21 I'll talk to you first.
22     MR. ROSENWALD: Okay.
23 BY MR. SHEPPARD:
24     Q    Did you bring the razor blades to school
25 with you on other days besides the Day of Silence?

Orange Reporting, Inc.
800-275-7991

95

1     A    I think so.
2     Q    What happened after Ms. Lentz talked to
3 you?
4     A    She sent me into a conference room and
5 refused again to let me see my guidance counselor.
6     Q    And were you in the conference room, was
7 it right near the principal's office?
8     A    Yes.
9     Q    And what did do you while you were in the
10 conference room?
11     A    I ended up cutting myself.
12     Q    Who was present in the conference room
13 with you?
14     A    No one.
15     Q    What happened after you cut yourself?
16     A    I was instantly calmed down and I went
17 again to ask to see my guidance counselor.
18     Q    Did one of the adults see that you were
19 bleeding?
20     A    Yes.
21     Q    Who was that?
22     A    I don't know who it was that first
23 noticed.
24     Q    What other adults beside Ms. Lentz was in
25 the office area?

Orange Reporting, Inc.
800-275-7991

96

1     A    I believe the nurse was still in there,
2 the one who works the front desk, and that's all I
3 remember.
4     Q    Did the nurse take care of you after you
5 cut yourself?
6     A    She had left right after I was sent into
7 the conference room, so it was actually the two
8 women that worked in the front office that did.
9     Q    What did they do, call 911 or what?
10     A    No, they called the resource officer and
11 all four of them, Ms. Lentz and the two of them that
12 works in the front office and the resource officer,
13 cleaned me up and bandaged me and searched my bag.
14     Q    And is that when they found the marijuana?
15     A    Yes.
16     Q    And the razor blades?
17     A    Yes.
18     Q    And I guess you had aspirin with you also?
19     A    Yes.
20     Q    Was it aspirin or Tylenol?
21     A    I'm not sure.
22     Q    Did they call an ambulance?
23     A    No.
24     Q    Who did -- did you go to the doctor?
25     A    No.

Orange Reporting, Inc.
800-275-7991

97

1     Q    Did you go to the hospital?
2     A    They Baker Acted me.
3     Q    How did you get transported to wherever
4 you were transported?
5     A    They put me in a cop car.
6     Q    And where did you?
7     A    MHRC. M-H-R-C.
8     Q    What is that?
9     A    Mental Health Resource Center.
10     Q    Anybody from the school go with you there?
11     A    No.
12     Q    Did you see Dr. Simmons at that time?
13     A    No.
14     Q    Where was your mother?
15     A    At home.
16     Q    Did your mother meet you at the MHRC?
17     A    No.
18     Q    Where did she meet you?
19     A    She didn't.
20     Q    Your mother didn't come?
21     A    They are not allowed.
22     Q    Was that the first time you had ever been
23 to MHRC?
24     A    Yes.
25     Q    How long did you stay there?

Orange Reporting, Inc.
800-275-7991

**EXHIBIT A**

98

```
1     A    Six days.
2     Q    Six days?
3     A    Yes.
4     Q    Did you end up being suspended for having
5  the marijuana on you at school?
6     A    Yes.
7     Q    And did you return to Yulee Middle School
8  after that day?
9     A    No.
10    Q    Were you bleeding on the floor in the
11 middle school office?
12    A    I don't remember.
13    Q    You've attended Yulee High School since
14 then; is that right?
15    A    Yes.
16    Q    And are you involved in any activities
17 there?
18    A    Now, or in ninth grade?
19    Q    Let's talk about ninth grade then.
20    A    Color Guard or the Flag Corp.
21    Q    Anything else?
22    A    Winter Guard, which is the same program --
23 Winter Guard.
24    Q    Uh-huh.  (Nods head.)
25    A    It's a different thing but it's the same
```

Orange Reporting, Inc.
800-275-7991

**EXHIBIT A**