COPY

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:09-CV-112-J-25-TEM

HANNAH PAGE,

Plaintiff,

vs.

SCHOOL BOARD OF NASSAU COUNTY,

Defendant.

COPY

DEPOSITION OF
DR. DEONIA ALEXANDER SIMMONS

DATE: FEBRUARY 8, 2010

TIME: 1:00 p.m. - 3:59 p.m.

LOCATION: Hampton County School District 2
District Office
319 Fourth Street
Estill, South Carolina 29918

REPORTED BY: Beth Walters Kornuta

*********************************************
PALMETTO STATE COURT REPORTERS
Post Office Box 50488
Summerville, SC 29485
843.670.1637 Fax: 843.486.0064
Palmettostatecr@yahoo.com

position then became open at --

Q What school year was that?

A Oh, let me back up. '93/'94 was the first year. '94/'95. That would have been the '95/'96 school year, that I returned to Florida. Oh, no, no -- '96/'97.

Q Let's back up.

A Okay.

Q I have you at Yulee Middle School starting in '93 to '95, for two years?

A No, no. I was at -- I was in Nassau County for two years, at Yulee Middle School that first year, Fernandina Beach High School the next year.

Q Oh, I see. Thank you. Okay. And then Salisbury after that?

A Yeah, the following year.

Q And then Paxton. Sorry I interrupted you.

A That's all right. In February of whatever year it was I can't remember, I came back to Yulee Middle School, and I was there up until June of last year, and worked my way up from teacher to Assistant Principal to Principal.

Q And how long did you serve in each of

at Yulee Middle School?

A Manage and oversee every aspect of the school, everything from the day-to-day budget for various purchases within the school, classroom instruction, student discipline, parent situations that may arise. Everything that happen at the school is my responsibility or my duty.

Q And what are your duties -- what is your job now?

A I'm the Superintendent of Hampton School District 2.

Q And you have been in that position since you left Nassau County School District?

A July 1st of 2009, yes.

Q And just briefly describe your duties as a Superintendent here in Hampton County schools.

A I'm responsible for the management of every aspect of the School District: the budget, employees, facilities, maintenance; every aspect of the District. I basically serve as the District CEO.

Q What was your role as it related to student groups at Yulee Middle School during the 2007/2008 school year?

MS. VOMACKA: Object to the form.

A Can you ask me that in a different way? I think I understand what you're saying, but I'm going to need you to ...

BY MR. ROSENWALD:

Q Well, as Principal, what role did you play if students wanted to start a club?

A The students would normally come and get my permission or ask me initially with regard to anything they wanted to start. So basically I was the person who -- they had to seek my permission first before they could go any further.

Q And then what happened, once they sought your permission?

A If they had a sponsor, which is what they were required to have, I'd ask them to have their sponsor come see me. And I'd have a conversation with the sponsor regarding my expectations as it relates to clubs.

Q And then what?

A And if the sponsor was in agreement with what I had said, then they would proceed with whatever they wanted to do as far as their club is concerned.

Q Anything else?

EXHIBIT B

Deposition of Hannah Page February 8, 2010

Page 16

Q Do you know what kind of discussions might take place at a GSA meeting?

A Not really.

Q Other than what you've already told me about your discussion with Hannah Page and your discussion with Jeremy Boatright, have you received any other information from any other source about what a GSA is?

A Not that I can recall.

Q Have you ever done any research about GSAs?

A Not to my knowledge.

Q So when was the first time that you heard the term GSA?

A When I met with Hannah Page. I can't remember the exact date, but that was the first time I'd heard it. And I need to kind of clarify something you asked a minute ago. I think you asked me if I had ever -- if I had some understanding of what a GSA is or was or what it was designed to do or some of the conversations.

I seem to remember when I met with Hannah, the first time I was made aware of GSA, I asked her, "What is that?" And it seems as though she explained to me that it was a club designed

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 17

to -- I can't say -- I can't remember if she said bring awareness to -- to gays and lesbians or something to that effect. I can't remember exactly what she said.

But that was the first time I was made aware of what a Gay/Straight Alliance is. And I really don't remember exactly what she said. But to answer your question, when was I made aware of it, when I first initially met with Hannah.

Q What was your reaction when you found out about this type of organization in your discuss with Hannah?

A I don't know that I had a reaction.

Q Did you think such an organization was a valuable addition to the school community?

A Well, based on the conversations she and I were having, there was nothing that prompted me to be concerned about the value of it or not.

Q Let me just back up for a second. You know Hannah Page, the Plaintiff in this lawsuit?

A I do.

Q How?

A She was a student at Yulee Middle School.

Q Anything else?

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 18

A No.

Q What kind of student was Hannah when you --

A Academic or behavior?

Q Both.

A Good student, academically. Not really a behavior problem. I thought she was a nice young lady.

Q And, incidentally, her whole family looks up to you a lot. They spoke very highly of you.

Was Hannah a troublemaker?

A No.

Q Was she immature?

A No. Very mature for her age. In fact, I think I may have commented to her on several occasions, you know, how I felt like she was well-thought, well-read, very knowledgable and carried herself in a certain way.

Q Was she involved in school activities?

A Not -- not that I can remember. I don't remember.

Q Was Hannah eligible to participate in extracurricular activities during the 2007/2008 school year at Yulee Middle School?

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 19

A I would assume so. I don't know. And I say that based on her academic performance. She was a good student, no different from anyone else from that perspective.

Q You've explained the policy -- I'm sorry. Let me strike that.

You've explained the procedure that you instituted or that you applied in starting a school club. Whose policy was that?

A I don't know that it was a policy more than it was a procedure, if I'm understanding what you're asking me. And let me repeat that to make sure I got it. You're asking me why did I handle things the way I handled it, as it related to clubs?

Q Yes.

A Okay. Well -- now, the District had a policy that spoke to any club needing to have an adult sponsor. But that was it, as I understood it, in the policy. There was nothing that said if they have a sponsor, then these two or three things.

It was at my discretion as Principal to say, okay, you have a sponsor; now let's make sure that your sponsor and I are on the same page

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

EXHIBIT B

about what the expectations are as far as if you have an activity and kids are kept after school, you as a sponsor, you need to understand that you got to stay here until everybody gets picked up.

If you're going on a trip, you, as the sponsor, it's your responsibility to make sure that all the permission slips are signed, you know, those types of things. So that, that was the gist of it.

Q Let me show you a document which we're going to ask the court reporter to mark as Plaintiff's Exhibit 1, and just ask you if this is the School Board policy that you're talking about.

(Portion of School Board Policy (2 pages), Plaintiff's Exhibit No. 1 is marked for identification.)

BY MR. ROSENWALD:

Q And I'll represent that this was produced to us by the School Board of Nassau County, in this litigation.

A (Reviewing.)

MS. VOMACKA: Read the whole thing.

BY MR. ROSENWALD:

Q You know what? I apologize, but it's actually only the first two pages of this. The

groups that meet, or met, during the 2007/'08 school year at Yulee Middle School.

A Okay.

Q Off the top of your head, what extracurricular student groups met at Yulee Middle School during the '07/'08 school year?

A FCA, Fellowship of Christian Athletes. The various sports teams; it just depends on the season. And you said that met after school; is that what you said?

Q That met at the school.

A That met at the school? I would say Journalism, but that was a class, so I -- I can't say that that was one. I can't remember any others right off the top of my head.

Q Okay. I'm going to ask you about some other ones --

A Okay. Sure.

Q And we'll see if you remember them and what you remember about them.

A Okay.

Q Why don't we start with the Fellowship of Christian Athletes, since you're a member of that one. What is FCA?

A FCA, as I understand it, was a group

BY MR. ROSENWALD:

Q Dr. Simmons, have you heard of an organization called Yulee On The Move?

A Yes.

Q What is that?

A It's a -- a running club, for lack of a better word.

Q Does the Yulee On The Move club meet at Yulee Middle School?

A Yes.

Q And it met during the 2007/2008 school year?

A I want to say that Yulee On The Move started last school year. I can't remember. But it seems as though last year was its first year.

Q And how was that club initiated?

MS. VOMACKA: If you know, Dr. Simmons. If you don't know, then ...

A I can't remember.

BY MR. ROSENWALD:

Q Well, you said you thought this club started last school year, correct?

A Uh-huh. Right.

Q And you would have to approve the club, correct?

A That is correct.

Q But you don't remember how it started?

A It seems as though Ms. Lynce (ph), who was the sponsor for the club, approached me and asked me about starting a running club. That's what I remember.

Q Okay. Do you know who leads the activities of the Yulee On The Move club?

MS. VOMACKA: Object to the form.

A I do not.

BY MR. ROSENWALD:

Q Do you know if it's run by students or by the teacher?

A I do not.

Q Is the subject matter of running actually taught at Yulee Middle School?

A Not that I'm aware of.

Q Is participation required for any regularly-scheduled course?

A No.

Q Does participation result in academic credit?

A No.

Q The club meets on school grounds?

A Yes.

EXHIBIT B

Deposition of Hannah Page February 8, 2010

Page 37

Q And ask if you recognize that document?

MS. VOMACKA: Read the whole thing if you would, sir.

A (Reading document.)

BY MR. ROSENWALD:

Q And as you read this, Dr. Simmons, I'm going to ask you if you've ever seen this document and then also whether the description contained herein is consistent with your understanding of what the Youth Crime Watch is at Yulee Middle School during -- or was, during the 2007/2008 school year?

A (Reading document.) Based on what I see, which is some of what the responsibilities are, it looks like they did a little more than -- than I initially thought they did. But that's -- that's not anything out of the way. They did a little more than I thought they did, which is a good thing.

MS. VOMACKA: But he asked you have you ever seen this document before. Do you recall seeing this?

A I -- I can't remember seeing this document, unless I said I have and I just can't

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 38

remember.

BY MR. ROSENWALD:

Q But basically is this consistent with your understanding of what the Youth Crime Watch does?

A I would say that it contains a little more than what I thought they did. Initially I thought all they did was walk the campus, monitor the campus, and report to us things that were not correct, any type of thing that was going on that wasn't right, you know: kids in the bathroom, smoking or doing whatever. But obviously it did quite a bit more.

Q The other sort of items that are listed in this document that you haven't seen before, do you find any of them objectionable?

A I haven't read the whole document yet.

Q Okay.

A (Reading document.)

Q You know, I'll just strike the question. It's not really necessary.

A Thank you.

Q I want to make this move as fast as possible.

Can you tell me who initiated the

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 39

Youth Crime Watch?

A I'm hesitant to say yes, and I'll tell you why. It seems as though at some point I was under the impression that this was something that the schools that had Resource Officers were asked to do via someone from the District Office who was over the Resource Officers. But I could be -- I could be wrong about that. To answer your question, no, I don't remember who initiated it.

Q What is the Resource Office?

A I'm sorry?

Q You said Resource Office or Resource Officer?

A School Resource Officer.

Q What is that?

A The police who works on the school campus.

Q Is that an employee of the School Board, an employee of the Sheriff's Department?

A Technically they work for the Sheriff's Department, but they are assigned to the school.

Q And I see in this document that Deputy T. Osborne --

A Tracy Osborne, right.

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

EXHIBIT B

Deposition of Hannah Page February 8, 2010

Page 40

Q Was the Resource Officer assigned at Yulee Middle School to sponsor Youth Crime Watch; is that right?

A That's correct.

Q She was the sponsor during the 2007/2008 school year?

MS. VOMACKA: If you know. I don't want you to guess.

A I -- I can't remember, because we had some changes there in Resource Officers. So I can't, I can't say that.

BY MR. ROSENWALD:

Q Was there any other faculty adviser for the Youth Crime Watch other than the deputy sheriff who was assigned to work at the school?

A Not that I can remember.

Q Okay. Do you know who led Crime Watch meetings or activities during the 2007/'08 school year?

A I do not.

Q And just for shorthand, why don't we assume going forward that I'm talking about the '07/'08 school year, unless --

A That's fine.

Q I say otherwise?

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

A That's fine.
Q Maybe that will make this move a little bit quicker.
A That's fine.
Q Was the subject matter of the Youth Crime Watch, as you've described it, taught in any regularly-scheduled course at Yulee Middle School?
A Not to my knowledge.
Q Was participation required for regularly -- any regularly-scheduled course?
A No.
Q Did participation in the Youth Crime Watch result in academic credit?
A No.
Q Did it meet on school grounds?
A Yes.
Q We see that there is a written constitution. Do you know when that constitution came into being?
A I would say last school year.
Q So you never saw it -- well, let me back up. Had you seen this document before today?
MS. VOMACKA: That's --
A I can't recall.

Q Do students run that store?
A No, no. She runs it.
Q So no students are involved in the management of the store?
A Not to my knowledge, no.
Q They're only involved when they're going to get prizes?
A That's correct.
Q Okay. Let's see. And then on page 238 I see Science Literary Magazine listed. Do you recognize the Science Literary Magazine?
A Uh-huh. I do, yeah.
Q What is that?
A This particular teacher sponsored a group that created a science magazine each year. And I want to say they did that for two years, last year and the year before.
Q And what kinds of things went in the Science Literary Magazine?
A Projects that the kids created in class, that she had like a -- what she called a Science Fair, made up of various types of trinkets or whatever you want to call it that were things that were recyclable.
They basically took recycled materials

and built various types of projects: a bridge or a picture frame or whatever. They took those pictures and then they would include them into the Science magazine. So it was basically a collection of students' work.
Q And was that -- that group was initiated by -- who was it? By Ms. Heidenger (ph)?
A Ms. Heidenger. That is correct, sir.
Q Okay. And did she lead that organization?
MS. VOMACKA: Object to the form.
A She was the leader in that she was the teacher, yes.
BY MR. ROSENWALD:
Q Was there student leadership of that organization?
A I can't remember.
Q Do you remember who decided what went in the publication?
A No, I don't remember.
Q Was writing about science projects regularly taught in any class at Yulee Middle School?
A Writing about science projects?

EXHIBIT B

Q Yes, or scientific writing?
MS. VOMACKA: Object to the form.
A Scientific writing? Ask me that in a different ...
BY MR. ROSENWALD:
Q Was scientific journalism taught in any class at Yulee Middle School?
A I would not say that it was taught, but I would say that it was what they did every day. We teach writing in all the classes.
Q Was there any specific class that specifically taught scientific journalism?
A Not to my knowledge, no.
Q Was participation required for any regularly-scheduled course?
MS. VOMACKA: Object to the form.
BY MR. ROSENWALD:
Q Was participation in the Science Literary Magazine required for any regularly-scheduled course?
A Let me see if I can explain that in -- in a way that makes sense. It seems as though there was a specific group of kids who were assigned to Ms. Heidenger's class for a certain period of the day that worked on this science

Deposition of Hannah Page February 8, 2010

Page 48

magazine. So if that answers your question. I hope it does.

Q Were these students required to participate for class, in the magazine?

A No, no. They -- they chose to be in that particular class.

Q And the class was writing this magazine or the class was the scientific experiment underlying the article?

A I think -- you've twisted it up so you've lost me.

Q Sorry.

A I can't remember.

Q She objects to the form.

MS. VOMACKA: I object to the form.

A I can't remember.

BY MR. ROSENWALD:

Q Did participation in the Science Literary Magazine result in academic credit?

A I'd be inclined to say yes, because they were in a particular class that -- that worked on this, as I remember it. It seems like it was an elective class, but I could be wrong.

Q Still on page 238, I see that one of the teachers sponsored a spelling bee?

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 52

A No. I think this may have been her college clubs, not a school level club. I've never heard of that before.

Q And what about the Gold Key Honor Society?

A Same thing.

Q On page 240, I see Lional Ray advised the Student Government Association. What is that?

A The Student Government Association was basically a form of government, a student governing body or -- it was set up more so for students to have a voice at the school, with a president, a vice president, so on and so forth.

Q A voice for what?

A Student issues, how to make the school better, concerns they may have, safety concerns. Those types of things.

Q Did the Student Government Association have a role in choosing or developing the curriculum for Yulee Middle School?

A No.

Q Was the Student Government Association students-initiated?

A Say again?

Q Was the Student Government Association

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 53

student-initiated?

A I can't remember.

Q Who led Student Government Association meetings?

A I was never in attendance, so I don't know.

Q Do you know if it was a teacher or a student?

A I don't know.

Q Was student government actually taught in any regularly-scheduled course?

MS. VOMACKA: Object to the form.

A Ask me that in a different way, please.

BY MR. ROSENWALD:

Q I'm not sure I can. Were the activities that you described as those of the Student Government Association, were they taught in any regularly-scheduled course?

A Not to my knowledge.

Q Did participation result in academic credit?

A Not to my knowledge.

Q Was participation required for any regularly-scheduled course?

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 54

A Not to my knowledge.

Q And did the Student Government Association meet on school grounds?

A They did.

Q And I assume that this is correct, that Lional Ray was the faculty adviser for the Student Government Association?

A I would assume so. In the book, yeah.

Q Do you have any independent knowledge of who sponsored the Student Government Association?

A Not right off the top of my head, no.

MS. VOMACKA: Are you switching to another one or are you still -- I need to take a break.

MR. ROSENWALD: Okay. Sorry.

(At this point there is a break in the deposition.)

BY MR. ROSENWALD:

Q Turning to page 241, I see something called AVIP Sports listed under Michael Roman's clubs. Do you know what that is?

A I have no idea.

Q Or AVIP Sports Fan. Does that ring any bell?

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

**EXHIBIT B**

Deposition of Hannah Page February 8, 2010

Page 63

person who oversaw it?

A As I remember it, yes.

Q Who was that person?

A I can't remember who it was.

Q Do you remember how that person was appointed?

A I do not.

Q Did any students ask that person to take on that role?

A Again, I don't remember.

Q Going back to the marching band. Do you know if the faculty adviser was asked by any students to take over that role?

A I don't know.

Q And do you know if the adviser for the Student Government Association was asked by any students to take over that role?

A The adviser for the Student Government Association was asked by me to take over that role, to develop a group, a student government group.

Q When was that?

A I can't remember when it was.

Q Why did you ask him to do that?

A Because I felt like we needed

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 64

something where kids had a voice, where they could put some -- give us some input into the goings-on at the schools, make recommendations about things they would like to see.

Q And what about the spelling bee? Do you know if the facilitator that you described for the spelling bee was asked by any students to serve in that capacity?

A I can't say. I don't know.

Q Going back to the Science Literary Magazine. Do you know if the adviser for that group was asked by any students to take over that role?

A I -- I can't remember.

Q Okay. On page 246 -- I'm sorry. Just going back to Homecoming for a second. Did we say who was the person who led Homecoming?

A No. I can't remember who it was.

Q You don't remember. Yeah. Okay. Turning to page 246. I see that there's a Spirit Week listed. Do you see that?

A I do.

Q Do you remember Spirit Week?

A Spirit Week was in conjunction with Homecoming.

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 67

Q With like what?

A Someone who left who was over a club or who --

Q Sure. Over --

A Is that what you're asking?

Q Over a club or an activity like Homecoming or Spirit Week or facilitated the spelling bee or --

A Keep going. If you talk long enough, you might jog my memory. You know, I say sure I have, because the first year I was there we had to replace 14 teachers, so I'm assuming. I could be wrong. I don't know. That's probably a better statement. I can't remember.

Q Well, as we go through this, if you remember any, just let me know.

A Okay. Sure.

Q On 266, I see there are cheerleaders listed.

A Uh-huh. Yeah.

Q Who led the cheerleaders, students or faculty?

MS. VOMACKA: Object to the form.

A Are you asking if they had an adviser?

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

EXHIBIT B

Deposition of Hannah Page February 8, 2010

Page 68

BY MR. ROSENWALD:

Q Well, I guess we can start there. Did the cheerleaders have an adviser?

A Yep. They did.

Q Who was it?

A Two years ago I believe it was Mrs. Stefanelli. Let's see. No, no, no; it wasn't Mrs. Stefanelli. It was -- oh, goodness. There was a lady who was the sponsor, who worked at -- she worked at Yulee Elementary or Yulee Primary. I can't remember her name, but she was the sponsor.

Q Let me -- let's see what I have here. Does Beverly O'Conner ring any bells?

A That sounds like her name. I can't remember.

Q And so Beverly O'Conner was the cheerleading sponsor?

A Two years ago.

Q During the '07/'08 school year?

A I couldn't swear to it. I -- I can't remember. I just remember Mrs. Stefanelli resigning from it and letting me know that she had someone to replace her. I can't remember if her name was Beverly O'Conner or not.

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 69

Q Okay. All right. Let me show you what I'm going to ask -- unfortunately I only have one of these, but I'll pass it around --

MR. ROSENWALD: Let's just mark the whole thing. I'm going to ask the court reporter to mark as Plaintiff's ...

MADAM COURT REPORTER: 4.

MR. ROSENWALD: 4. I'll show it to your lawyer, and then she can hand it to you.

(Employee Address List, Plaintiff's Exhibit No. 4 is marked for identification.)

A And --

MS. VOMACKA: Why don't you just take a look at it first?

A (Complying.) Okay.

BY MR. ROSENWALD:

Q Okay. If could look I think at the last page, I think it lists Beverly O'Conner. And I think it says on that sheet that it's for the 2007/'08 school year; is that correct?

A That's correct.

Q Does that refresh your recollection of who was the faculty adviser during the '07/'08 school year for the cheerleading squad?

A Okay. That tells me who the sponsor

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 70

was, yes.

Q And who was that?

A Beverly O'Conner.

Q And where was she a teacher?

A At Yulee Primary.

Q Do you know what she taught?

A I do not.

Q Do you know how she became the faculty adviser for the cheerleading squad at Yulee Middle School?

A Well, when Mrs. Stefanelli, who was the sponsor in I would assume '06/'07, decided she didn't want to do it anymore, she communicated with Mrs. O'Conner. Mrs. O'Conner expressed an interest in becoming the sponsor. She met with me and I approved her.

Q Why did Mrs. Stefan -- Mrs. Stefanelli?

A Mrs. Stefanelli, uh-huh.

Q Why did she stop sponsoring the squad?

MS. VOMACKA: Object to the form.

A I don't know.

BY MR. ROSENWALD:

Q Did she continue her employment at the District?

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 71

A Yes.

Q At Yulee Middle School?

A That's correct.

Q Let me see. Do you know if the cheerleading squad was initiated by students, the existence of the squad?

A They were there when I came to Yulee Middle, so I don't know who initiated it.

Q Do you know who leads the activities of the cheerleading squad?

MS. VOMACKA: Object to the form.

MADAM COURT REPORTER: I'm sorry; was that an objection?

MS. VOMACKA: Object to the form.

A Do I know who leads their activities?

BY MR. ROSENWALD:

Q Yes. Are they led by the student participants or are they led by the faculty adviser or someone else?

A The coach, the sponsor, the adviser. I would say the adviser.

Q Was cheerleading actually taught in any regularly-scheduled course during the '07/'08 school year?

A Not that I'm aware of.

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

**EXHIBIT B**

Deposition of Hannah Page February 8, 2010

Page 72

Q Was participation required for any regularly-scheduled course?

A No.

Q Does participation result in academic credit?

A No.

Q Does the cheerleading squad meet on YMS school grounds?

A They do.

Q What would you have done if Mrs. -- I'm sorry, I forget her name -- if the elementary school teacher had --

A Mrs. O'Conner?

Q Not come forward to sponsor the squad?

MS. VOMACKA: Object to the form.

A I don't know what I would have done.

BY MR. ROSENWALD:

Q Would you have sought somebody else out?

MS. VOMACKA: Object to the form.

A I can't say.

BY MR. ROSENWALD:

Q Would you have let the cheerleading squad cease to exist?

MS. VOMACKA: Object to the form.

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 75

Q Was that organization initiated by students?

A No.

Q Who was it initiated by?

A I couldn't say. It was -- we had a volleyball team when I got there. So then again, I can't say whether it was initiated by students or not. I don't know. That was 16 years ago, so I don't know.

Q Who led the volleyball team activities while you were there, during the 2007/2008 school year?

A I would assume it was the coach.

Q Was volleyball taught in any regularly-scheduled course?

A Physical education. That was a part of the course.

Q So in physical education, sometimes students would play volleyball?

A Yes.

Q Is that what you're saying?

A That is correct.

Q Is there any class specifically dedicated to volleyball?

A No.

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 76

Q Was participation in the volleyball team required for any regularly-scheduled course?

A No.

Q Did participation in the volleyball team result in academic credit?

A No.

Q Did the team meet on school grounds?

A Yes.

Q Who was the volleyball adviser, coach?

A '07/'08 ...

Q You can feel free to reference the document I gave you to refresh your memory, if you want.

A Sandy Catto or Costa, her married name I don't remember. Let me see. Tara Higginbotham. There you go.

Q Who is Tara Higginbotham?

A She was the volleyball coach at the time I was there.

Q Was she a faculty member at Yulee Middle School?

A She was a faculty member under the Yulee Middle School umbrella, yes.

Q What does that mean?

A We had an alternative site. The -- we

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 77

called it SEAS. It's the center for our kids who were -- who were emotionally disturbed. She was the director, for lack of a better word, of that particular site, which was a part of Yulee Middle School because technically I was her supervisor. So she was a part of the Yulee Middle School staff, if you will.

Q If I understand you correctly, she oversaw the SEAS program?

A Uh-huh.

Q That's C-E-A-S?

A S-E-A-S.

Q I'm sorry. S-E-A-S. Was the SEAS program --

A No, no. No, no. She wasn't over SEAS. SEAS was the alternative school. I'm sorry. She wasn't over that. She was over our -- I can't remember the name of it, but the program was designed or set up for our kids who were emotionally disturbed. It wasn't called SEAS.

Q And so SEAS -- what is SEAS?

A SEAS is the alternative school. It's Student something something. Some acronym; I can't remember the name of it. But SEAS was the alternative school. She was over our school for

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 78

our emotionally-disturbed students.

Q Okay. What kind of students would go to SEAS?

A Kids who are (inaudible) or violated, who have broken the rules that were Level 4 rules that warrant them -- had they not been assigned someplace else, they would have been excelled. Kids who have had drugs or weapons, things of that nature.

Q And then there's a separate, for lack of a better word, alternative program for emotionally challenged children?

A Yeah. Yeah. I can't think of the name of it.

Q But Ms. Higginbotham oversaw that program?

A She did.

Q Was that program held within the Yulee Middle School building?

A No, it was not. It was at the old Yulee Middle School site.

Q And where was that?

A Over on Highway 17. In Yulee, I'm sorry. Probably -- maybe a mile, mile and a half from the current Yulee Middle School site. It was

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

EXHIBIT B

Deposition of Hannah Page February 8, 2010

Page 79

called SED, Severely Emotionally Disturbed. That was the name of the program. She was over SED.

Q Okay. I'm sorry. We were talking about the volleyball team, correct?

A Right.

Q Do you know how she became the coach of the volleyball team?

A She would have been recommended to me by the athletic director.

Q Did you ask her to become the coach?

A Not that I can recall.

Q Did you appoint her to that job?

A Yes, via the athletic director's recommendation, sure.

Q Was that the standard way that a coach was -- tell me how a coach is appointed, if there is a standard way.

A Normally the athletic director would solicit various persons to serve as coaches. If they agreed to do it, he would then make a recommendation to me on a form similar to that which you've given me here, and I would send it in as those being my recommendations to the Superintendent, for these persons to receive recomm -- to receive supplements to coach various

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 80

positions.

Q Was any student involved in the process of seeking out or asking this coach to become a coach on the volleyball team?

A Not to my knowledge.

Q On page 270, I see that there's a basketball team.

A Uh-huh.

Q Do you remember there being a basketball team at Yulee Middle School?

A I do.

Q Was that activity initiated by students?

MS. VOMACKA: Object to the form.

A I can't say.

BY MR. ROSENWALD:

Q Was that a student-led activity?

A The team was led by the coach.

Q Was basketball taught in any regularly-scheduled course at Yulee Middle School?

A P.E.

Q Anything else?

A Not to my knowledge.

Q Was participation on the basketball team required for any regularly-scheduled course?

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 81

A No.

Q Did it result in academic credit?

A No.

Q Did it meet on school grounds?

A Yes.

Q Who was the adviser or the coach for the basketball team?

A During this year? I'd have to refer to this to tell you. Which team are you talking about, boys' or girls'?

Q Well, that's a good point. There are two teams; is that correct?

A Yes.

Q Let's start with the boys' team. Who was the adviser for the boys' team?

A Joe Medley.

Q And who is Joe Medley?

A He was a science teacher at the time.

Q At Yulee Middle School?

A That's correct.

Q And what about the girls' team?

A Autumn Nowlin, who was also a science teacher at Yulee Middle at the time.

Q On page 273, I see that there's a softball team in the yearbook. Do you remember

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

**EXHIBIT B**

Deposition of Hannah Page February 8, 2010

Page 82

there being a softball team at Yulee Middle School?

A I do.

Q Was that a student-initiated organization?

MS. VOMACKA: Object to the form.

A It's not, not to my knowledge.

BY MR. ROSENWALD:

Q Do you remember when it was -- when that organization, when the team came into existence?

A I do not remember when it came into existence, but I do know that it was during the time that I was at Yulee Middle School as a teacher.

Q Do you remember how it came into existence?

A I do not, no.

Q Do you know how the coach was appointed?

MS. VOMACKA: Object to the form.

BY MR. ROSENWALD:

Q Was it in the same way that you described for the volleyball team?

A That is correct.

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 83

Q And just so I'm clear, you were a teacher at that time and not the Principal, so you didn't appoint the coach. But from what you understand, it was through the same process?

A That is correct, sir.

Q Was basketball taught -- I'm sorry. Was softball taught in any regularly-scheduled class?

A P.E.

Q Anything else?

A Not to my knowledge.

Q Was participation in softball required for any regularly-scheduled course?

A Not to my knowledge.

Q Did it result in academic credit?

A No.

Q Did it meet on school grounds?

A Yes.

Q I'm sorry if we've covered this, but who was the coach?

A Softball. It says Autumn Nowlin was the softball coach.

Q And that was the science teacher that you just told me about with the basketball team?

A That's correct.

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 86

Peer Mediation group, or maybe it's just a tall person, tall teenager. Do you recognize any teachers in that picture?

A I -- I can't make out this picture. The Peer Mediation picture, correct, but I can't make this out.

Q On page 285, I see the Yulee Academic Achievers. Do you remember that group?

A Not right off the top of my head, no.

Q Do you want to review that page and see if it refreshes your recollection at all?

A Okay. I remember now.

Q Tell me, was there a group called the Yulee Academic Achievers during the '07/'08 school year at Yulee Middle School?

A Based on what you've shown me, I would assume it was during that year, yeah.

Q And what is the YMS Academic Achievers Club?

A It was initially the -- the Beta Club. And I suspect that because of the Beta Club, we were having to send all of the money we had raised to -- the majority of the funds were having to go to the Beta Club. We discontinued the Beta Club and started the Academic Achievers.

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 89

Q Tell me about that conversation.

A I don't remember the conversation specifically, but I -- I do remember saying make sure that we I guess preview everything that's going to take place, that we're aware of what kids are going to be wearing, that we're aware of the type of songs they may be singing or the type of acts that they might be performing on stage. And I had that conversation with Mrs. Davidson, Heather Davidson. She was over the -- she was the primary person over the talent show.

Q How did she get -- how did she become the person in that role?

A She came to me and said that was some -- that was something she wanted to do, hold a talent show, so she requested my permission to do that.

Q Do you know if any students asked her to undertake that activity?

A I don't know.

Q And this was a teacher at Yulee Middle School?

A That's correct, sir.

Q Are there any other sports teams that we haven't talked about? And if you need to

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

EXHIBIT B

Deposition of Hannah Page February 8, 2010

Page 90

refresh your recollection, you can feel free to do that. I think I gave you a list of all the sports teams.

A You did. Let me see. We talked --

MS. VOMACKA: 2007/2008, at Yulee Middle School?

MR. ROSENWALD: Yes, that's correct.

A We didn't talk about football. We didn't talk about track. We didn't talk about soccer. I don't think summer weightlifting is a sports team. There isn't a team; that's for anyone who chooses to come.

BY MR. ROSENWALD:

Q Okay. Just those three? Well, let's take football, track, soccer, and weightlifting, and let's try, if we can, to take them as a group. Are any of those activities taught in a regularly-scheduled class?

A Outside of P.E.?

Q Yes.

A No.

Q And is participation in these groups -- meaning football, track, soccer, or weightlifting -- required for any class?

A Participation in the teams re -- no.

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Q And do you get academic credit for participation?

A No.

MS. VOMACKA: In the team?

MR. ROSENWALD: Yes.

MS. VOMACKA: As opposed to, as he said, taking it in physical education class?

MR. ROSENWALD: That's correct.

MS. VOMACKA: Okay.

BY MR. ROSENWALD:

Q Is there any academic credit for being on the football team, the track team --

A No.

Q The soccer team, or as part of the weightlifting group?

A No.

Q None of those result in any academic credit?

A No.

Q Do all of them meet on school grounds?

A They do, yes.

Q Now who is the adviser for those four groups? Who is the adviser or the coach for the football team?

A Joe Medley, who was assigned to teach

A No.

Q So it was David Moody's job to find the coaches?

A Basically, yeah.

Q Okay. I'm ready to turn from this to something else. Do you need a break?

A No.

Q Okay. Hopefully we've made it through the longest and the most boring part, so we're on the downturn now.

MS. VOMACKA: Yeah. If you need a break, Dr. Simmons, just let us know.

THE DEPONENT: No. Let's go on. So I'm done with this part? I can put the yearbook away now?

MR. ROSENWALD: Yeah, I think we can.

THE DEPONENT: Okay. Good.

MR. ROSENWALD: All right.

BY MR. ROSENWALD:

Q Let's see. Turning back to Hannah Page. Did she ever propose any clubs or activities at Yulee Middle School?

A She did, yes.

Q Which ones?

A She asked me about starting GSA.

Q Anything else?

A I wouldn't say it was a club, but she had asked me about conducting or having some sort of sit-in or circle of trust or understanding. I can't remember the exact wording she used.

Q Circle of quality?

A Could have been. I can't remember.

Q Anything else?

A Your initial question was did she propose any clubs or activities?

Q Yes.

A I don't know that this might -- might be -- might be answer -- might fall into that, but there was a time where she was distributing some flyers on campus in reference to the GSA or Gay Straight Day of Silence or something to that effect. And I asked the question propose, because she didn't ask my permission to distribute those, so. She didn't propose it; she just did it.

Q Okay. Let's see. In what order were those proposals, or activities that weren't proposed, undertaken?

A Okay. I can't remember exactly what day, but somehow a flyer was presented to me. I don't know if it was left at the front desk or

EXHIBIT B

brought to me by someone. That, I don't remember. I just know that a flyer was presented to me in reference to the Gay Straight Day of Silence or something that was supposed to take place in a few days.

I inquired from several people, do you have any idea where this -- who's disseminating this, where this came from, and I was told that it was Hannah Page. So I sent for Hannah to come to my office. I wanted to know what this was about, what was going on, why I had not heard about it, why is it being disseminated without some communication with me, that kind of thing.

I had my Assistant Principal come in and then Hannah came in. We sat down. I said, "Hannah, it was brought to my attention that you are the person who is disseminating this particular document; is that case?" And she said, "Well, yeah. Yes, sir, it was me." I said, "Okay."

And at that point, when she said that, I turned around behind me and reached up where I normally keep my school administrator's rules, Nassau County School Board policy, so-on and so-forth, and I referenced a policy that speaks to

Deposition of Hannah Page February 8, 2010

Page 99

the dissemination of flyers and various types of information on campus.

And I said to her, I said well, you know, the policy says -- and I'm paraphrasing because I can't remember exactly -- something with regard to the amount of time. I think it said 30 minutes prior to school and 30 minutes after school. I think it may have referenced specific areas where -- either where you could do it or you could not do it. I can't remember exactly which one.

And I said, "Now, as long as you understand, if you follow this policy, we don't have a problem." I said, "But if you're not following the policy, then we have a problem." And that just kind of went by the wayside, you know. It wasn't us back and forth. She heard what I said. She said, "Okay. Not a problem."

And then she said, "Well, some of my friends and I, we want to have a circle of equality," is what she called it. I can't remember if that's what she said or not.

But in essence, what she was saying, she wanted to have an area -- wanted to have an area. They wanted to be able to meet on Friday

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 100

mornings and have an area where they could sit down together and -- and basically -- in an effort to bring an awareness to the Gay Straight Alliance or creating some sort of harmony between gay kids and straight kids or something to that effect.

She had initially asked to have that sit-in in the center courtyard. And if you know anything about Yulee Middle School's campus, the center courtyard is where everybody congregates in the morning. It's the main breezeway from the buses to -- through the courtyard, to the cafeteria. So it's kind of where everybody comes.

And what I said to Hannah, I said, "Well, Hannah, if you and your friends sit down right there," I said, "that's going to cause a problem." I said, "Because there are other kids who are accustomed to being there, running around, doing whatever it is they do. And just as sure as you sit down or your group sits down in the center of that courtyard, somebody's going to come through there and cause a disruption." I said, "For that reason, you can't do it there."

But on the back side of the campus, which is inside the gates just like everything else, there's an area on the rear of the campus

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 101

where there are picnic tables. I said, "You and your group, y'all can sit at the picnic tables. You'll be out of the walking areas. There'll be nobody there to come through to bother you. You won't have a problem." I said, "I'll make sure that everybody knows, staff-wise, that I've given you permission to do that, so you won't have a problem."

And she said, "Well, okay. Well, I was kind of hoping to do it in the center courtyard." And I said, "Well, that's not going to happen. But you can do it over in that corner, like I said, out of the way, so there's not a reason for there to be a disruption."

So to answer your question, the first thing was the flyer. The second thing was the request to have the -- the sit-in, for lack of a better word. Third and finally was a request -- and she said well can we -- can we start a GSA club, a Gay Straight Alliance? "What is that?"

And -- well, she first said GSA, and I said, "What is that?" She said, "It's a Gay Straight Alliance." I said, "Well, if you can get a sponsor, you can," and that was it. She said, "Okay. Well, I'll check and see if I can get a

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

**EXHIBIT B**

Deposition of Hannah Page February 8, 2010

Page 104

conversation about GSA, and that was in my office, the day that I told her in order to do that she would need to get a sponsor. No other conversations about it.

Q Not in the halls, not during other conversations?

A No other conversations about it. That one time.

Q Did you request any documents describing what a GSA was?

A It seems like I asked her when she was in my office to give me some information that speaks to all that the GSA entailed, yes.

Q And did she do that?

A I can't remember if she did or not.

Q Would a GSA have been controversial?

MS. VOMACKA: Object to the form.

A I can't say that it would have been controversial or not.

BY MR. ROSENWALD:

Q Do you feel like now, today, you are better informed about what a GSA is and what are the ramifications of having a GSA than you were then?

A Better informed about the

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 107

A I don't know.
Q Can you think of any reason today, as you sit here, that the presence of a GSA would be harmful to any student or faculty member's well-being?
MS. VOMACKA: Object to the form.
A I can't think of any reason, one way or another.
BY MR. ROSENWALD:
Q Do you have any reason to think that a GSA at Yulee Middle School would have created a material disruption of educational activities?
MS. VOMACKA: Object to the form.
A Ask me that again?
BY MR. ROSENWALD:
Q Do you have any reason to believe that a GSA at Yulee Middle School would have caused a material disruption of educational activities?
A Do I have any reason to believe ...
MS. VOMACKA: Object to the form.
A I'm not sure.
BY MR. ROSENWALD:
Q Well, let's go back. You approved the club, correct?
MS. VOMACKA: Object to the form.

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 108

A Approved what club?
BY MR. ROSENWALD:
Q The GSA?
A No.
Q So you never approved the Gay Straight Alliance to start at Yulee Middle School?
A Let me be clear of something. I didn't approve or deny. I said to Hannah she needed to get a sponsor, which was step one, before we could go any further. And we never had another conversation in reference to the GSA. And that was under the policy at the time.
Q What do you think that Superintendent Ruiz would have done had he found out a GSA was meeting at Yulee Middle School?
MS. VOMACKA: Object to the form.
A I haven't thought about that. I don't know. That would be a question you'd have to ask him.
BY MR. ROSENWALD:
Q What was Superintendent Ruiz' role in the approval of clubs at Yulee Middle School?
A I don't think that he had a role in approving clubs at Yulee Middle School. As Principal, I did that.

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 110

to go into explaining the whole day of silence and -- and what happened in the cafeteria that warranted her being suspended and subsequently Baker-Acted and then being referred to our alternative school. That was when the conversation about the day of silence and what it was all about took place, as I understood it.
Q I'm going to get more fully into exactly what happened on the day of silence. But other than that one conversation, did you have any other conversations with Hannah's parents about the day of silence?
A Not that I remember, no.
Q Did you ever tell Hannah that a GSA would be controversial?
A Not that I recall.
Q Did you have any conversations with any faculty about Hannah's desire to form a gay rights group or GSAs while -- during the '07/'08 school year?
A Not that I can recall.
Q Did you have any discussion with Assistant Principal Boatright about the request to form a GSA?
A I seems like we spoke briefly about it

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 111

when she left my office that day with the flyer, and it was -- I can't even remember what the conversation -- the details of the conversation. I can't remember.
Q Do you remember, in broad strokes, what the conversation was about?
A In no strokes do I remember.
Q You just remember speaking to him about it after she left?
A Yes.
Q Did any teachers come to you to discuss sponsoring the GSA?
A No.
Q Did any teachers -- strike that.
Did you have any discussions with anyone about teachers who were asked by Hannah to sponsor the GSA?
A It was -- and I can't remember. I just know it was rumored that Hannah had asked a number of teachers and they had said no. Who they were and -- I can't remember who they were.
Q Who did you hear those rumors from?
A I can't remember who it was. I may have been in the teachers' lounge. I'm sorry. The assigning area or something. I can't

EXHIBIT B

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 112

remember.

Q Do you remember if it was teachers or students or both?

A I'm sure it was adults. It wasn't students. I just can't remember who they were.

Q What was your reaction to hearing that Hannah was having trouble finding a faculty adviser?

A I didn't have a reaction.

Q Did you consider appointing a faculty adviser to the GSA?

MS. VOMACKA: Object to the form.

A I did not.

BY MR. ROSENWALD:

Q Why not?

A That wasn't my responsibility, to find a sponsor for a club.

Q Do you have any --

MADAM COURT REPORTER: Excuse me. Wendy, was that an objection you had?

MS. VOMACKA: I believe it was.

MADAM COURT REPORTER: Okay.

MR. ROSENWALD: If it's not, it is now.

(At this point there is an off-the-record

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 116

though after I left Nassau County and moved here, after I was contacted by the attorneys saying they wanted to depose me, I contacted him to say, you know, I was contacted by the School District's attorney. They're going to depose me; we're trying to work out a date now. So it was more of an hey, you know, this is what's going on. Beyond that, that's it.

Q Anything else?

A Not that I can recall.

Q Now you described the sit-in that I'm calling the circle of equality, correct?

A Uh-huh. Yes.

Q Did that activity actually take place?

A I am not sure. And I say that because the time that Hannah was proposing to do the activity, which was basically from 7:30-ish to 7:50, when the bell rang for class to start, I normally didn't get to school 'til roughly 8:00. So it may have happened without -- without incident, and I never would have known about it.

Q So you don't know if it ever actually took place?

A I don't know, no.

Q Was there a faculty person who was

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 117

assigned to monitor or oversee that activity?

A Well, we have -- each morning we would have several faculty persons on duty, campus duty. There would have been someone assigned to the area where I had set aside for them to have their sit-in or their circle of equality.

As a matter of fact, the day that I met with Hannah and we talked initially about the flyer, the circle of equality, the GSA, that afternoon I called a faculty meeting and said, hey, listen, I met with a young lady today. She's been given permission, she and her group, to meet in a particular area.

If you see that, don't prohibit it. As long as there's not a problem, there's no disruption or anything going on, it's fine; she's got my approval.

Q And did you ever hear about any disruption occurring because of the circle of equality?

A No.

Q Did Hannah have to choose anybody to advise the circle of equality activity?

A No, because that was not a club. It was just a group of kids who wanted to get

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

EXHIBIT B

Deposition of Hannah Page February 8, 2010

Page 118

together, that was it. So no, she didn't.

Q What is the difference between a club and a group of kids who wanted to get together?

A I'm not really sure. She didn't sell it to me as being a club. They wanted to form a group. They wasn't going to sell T-shirts, they weren't going on field trips. They just wanted to meet together one morning. That's fine.

Q Okay. So a group of kids in that situation would not need a faculty adviser?

A Not based on what -- the conversation she and I had. And that is because she didn't specify anything in particular they were going to do, other than sit down together.

Q Right. Was the purpose of the circle of equality, as you described it, developmentally inappropriate for middle school students?

MS. VOMACKA: Object to form.

A I hadn't thought about it from that angle. And if you're asking me to think about it now, I don't know.

BY MR. ROSENWALD:

Q Now you said at some point you became aware of an activity called the Day of Silence?

A Yes.

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Q That was when you saw a flyer for the Day of Silence?
A That's correct.
Q And I think you've described what happened in the conversation you had with Hannah, and I think you said that you approved the flyers if she followed School Board policy. Can I infer that you then approved the Day of Silence, if she was allowed to hand out flyers for the Day of Silence?
A That's correct. And what I communicated to her was as long as it didn't cause a disruption, that it was fine.
Q Did she tell you what students do on the Day of Silence?
A It seems like she said that they would just not talk. That's it. They would come to school and basically not communicate, other than in writing.
Q How many conversations did you have about the Day of Silence with Hannah?
A One.
Q Is this the same conversation that she proposed the GSA?
A Same conversation. Three topics, one

BY MR. ROSENWALD:
Q How did the Day of Silence start in the morning? What's the first thing that you learned of --
A I learned --
Q Or saw?
A I learned of tension between what appeared to be two groups of children, those children who identified themselves as being supporters of the Gay Straight Alliance and those students who identified themselves as being straight non-supporters of the Gay Straight Alliance.
Q And tell me about that tension.
A Well, we -- the kids who were supporters of the Gay Straight Alliance showed up with tape over their mouth and some sorts of little trinkets or something on that -- that spoke to their support of the Gay Straight Alliance. The kids who were considered to be non-Gay Straight Alliance kids had on T-shirts that says God Made Adam and Eve, Not Adam and Steve.
So that created tension amongst the groups. In fact, there were several children who had to be separated because of that. One group

offended the other and back and forth.
Q There were physical altercations?
A No. They had to be separated. They wanted to fight. But they had basically teachers who stepped in between them and said stop this, go to the office, or whatever the case may have been.
Q Did you see those confrontations?
A I -- I didn't see the confrontations. They were just reported to me. But it was after I had heard of two or three of those confrontations that we said that all of it needed to come to an end, and that's what we did.
Q Who told you about those confrontations?
A I can't remember.
Q And how many students did they involve?
A I -- I don't know.
Q Let me back up. You said there were two or three confrontations that were reported to you?
A That's correct.
Q Were they all reported by the same teacher?
A No, no. Different people. In fact,

EXHIBIT B

there was a group of students that came to me at one time. I can't remember who they were. It seems like one of the persons in the front office had reported something to me, and another adult reported something to me. I just can't remember who they were. But there was two or three occasions.
Q Okay. So on the first occasion, who were the students involved?
A I don't know.
Q Were there specific students who were reported to you that wanted to fight?
A Say that again?
Q Was it reported to you that there were specific students who wanted to fight?
A Yes, but I can't remember who they were. And it was communicated to me -- I want to say it was communicated to me by my Assistant Principal because in most cases when kids want to fight, they are normally sent to him or taken to him. So he -- if I remember correctly, he may have communicated to me that he had some kids in his office who wanted to fight as a result of the Gay Straight kids, non-Gay Straight, having some issues.

Q Anybody else besides Jeremy Boatright have those conversations with you?

A There was someone else who reported it to me. I just cannot remember who it was.

Q And so what did you do then?

A Put an end to the Day of Silence.

Q How did you do that?

A We had the kids who had their various types of supportive paraphernalia, we asked them to remove it. The kids who had the T-shirts with whatever written on it, we asked -- we had those kids come to the office.

And we had -- as a part of our dress code, whenever a student has violated the dress code we would basically ask them to give us the piece of clothing that violated the policy and we'd give them a T-shirt or a pair of pants or whatever to replace that until the end of the school day.

So that's what we did with the kids that had on the T-shirts in reference to the Adam and Eve situation. And those students who had tape over their mouth in support of the Day of Silence and whatever little trinkets they had on, we asked them to remove them.

Q And then what happened?

A They -- they removed them. Most of the kids removed them immediately. And there were a couple that we saw kind of within the -- I guess an hour or so, as they were going to and from the Career Fair, with various paraphernalia on, that we asked them to remove it.

Q Then what?

A There was one young lady --

MS. VOMACKA: What was the -- what was the question?

THE DEPONENT: He said, "Then what?"

MS. VOMACKA: And then what, what?

BY MR. ROSENWALD:

Q And then what happened next?

A I don't know what happened next, but I can tell you what I remember that stood out next. There was a young lady who was supposedly, or rumored to be, Hannah's partner. She checked into the office. And I don't know if she was late or if she was in the office for whatever reason.

She came in during the time or slightly after the time we had asked kids to remove the various paraphernalia. She was asked to remove it in the front office, and she did,

by -- by an adult who worked at the front desk.

That same adult saw this young lady in the cafeteria just a few minutes later, with this paraphernalia back on again. So the adult went over to her and said, okay, I asked you to take it off and you did, and you put it back on. So now, give it to me; give me whatever it is. I -- I don't know what the child had on.

But at that time, Hannah was in there and saw that the adult was taking this young lady's paraphernalia. And she came over and had issue with the adult basically taking the young lady's paraphernalia. And for some reason, she threw her book-bag, book, on the floor, shouted -- I think she said, "This is fucking bullshit," or something that effect, and stormed out the door. Pushed the door open, made a big disruption in the Career Fair.

I picked up her book-bag, her pen, pad, whatever it was she had, and I walked up to the office. By the time I got there, she was in the front office, in the guidance office, basically cursing out one of the guidance counselors, telling her how this wasn't fair and this shit wasn't right and so-on and so-forth. So

I asked her to come go with me. I said, "Hannah, come on; go with me."

I walked her to the other side of the building, which is where my office was, in the conference room. I said, "Hannah, come in here and sit down. Here's your stuff." I said, "You calm down and I'll come back and talk to you in a few minutes when you calm down." Left Hannah, went into my office, started doing something else.

And then I caught a visual of someone I guess holding Hannah or taking her from the conference room back towards the front office. She had cut her wrists, for whatever reason. So we went into the nurse's station, cleaned her up.

When they told me what she had done, I said to the Resource Officer, "We need to Baker Act her, because obviously she's trying to hurt herself." The Resource Officer agreed with me.

And prior to Baker Acting any child or transporting them, I would assume the protocol for the Resource Officer is to search the child and the child's person. In doing so, she discovered that Hannah had some marijuana seeds or something in her purse and some other stuff, and that prompted the -- the recommendation to the

EXHIBIT B

Deposition of Hannah Page February 8, 2010

Page 131

alternative school.

And that's the Day of Silence, as I remember it.

Q So did Hannah Page actually leave school after that day?

A When you say did she leave school --

Q After the Day of Silence, did she stop being a student at Yulee Middle School?

A She was still a Yulee Middle student in our system, but she was then assigned to SEAS, the alternative school. She was suspended for 10 days and assigned to the alternative school. So technically she was still on our rosters.

But because of the time frame -- it was near the end of the year -- she basically did the remainder of the school year there and went to the high school the next year. So I didn't see her again until last school year. One day after school I think she had missed the bus at the high school and had to come over to Yulee Middle to catch the bus. And that was it.

Q And I think you said there was a Career Fair going on, on the Day of Silence?

A There was.

Q And you approved the Day of Silence

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 132

and the Career Fair to happen on the same day?

A I did.

Q Was there anything about the Day of Silence that was -- the students participating in the Day of Silence did to disrupt either the Career Fair or the educational process at the school?

A Was there anything that they did to disrupt?

MS. VOMACKA: Other than what he's just testified to, the events he observed?

BY MR. ROSENWALD:

Q Well, you said that there were -- yes. I mean the Day of Silence -- like I said, before you halted them, did the students who were participating in the Day of Silence themselves do anything disruptive?

A Other than trying to fight with the other kids? I think that's disruptive enough.

Q So it was the Day of Silence students who were trying to fight?

A They -- I didn't say that. I said that they were back and forth at each other. I don't know who was trying to start with whom. I just know that they were at a point where they

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 133

were all trying to fight each other, or various pockets of Gay Straight Alliance supporters, non-Gay Straight Alliance supporters, were trying to fight each other.

MS. VOMACKA: Can we take a minute break or two?

MR. ROSENWALD: Sure.

(At this point there is a break in the deposition.)

BY MR. ROSENWALD:

Q Superintendent, I am finished. Thank you very much.

A You're welcome. Thank you.

MS. VOMACKA: Dr. Simmons, I have a few follow-up questions.

E-X-A-M-I-N-A-T-I-O-N

BY MS. VOMACKA:

Q As I understand it, when Hannah Page came to your office at your request to speak to her because you understood that she was disseminating some flyers and you wanted to get to the bottom and find out if she really was the person who was doing that, you indicated that she said yes, she was; is that correct?

A That is correct.

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 136

permission to have that on campus that day?

A I did.

Q Now, even though the -- when you learned there was some tension between students, you indicated that you asked those wearing certain clothing to take that clothing off and trinkets, as you've described them. During that Day of Silence, to your knowledge were the students who were participating in that still being silent or doing whatever they were going to do? You had just, as the administration, asked them to remove clothing and tape?

A I -- I'm not sure. I can't say with 100 percent certainty, that day I discontinued the being silent part. I just know we had asked them to remove the paraphernalia that spoke to one group or another, because that seemed to be what was causing the disruption.

Q Did you ask the students to no longer participate in the silent part, or was it just that you asked them to remove the clothing?

A To remove the clothing.

Q So they were still allowed to participate; it was just the clothing you asked be removed?

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

**EXHIBIT B**

Deposition of Hannah Page February 8, 2010

Page 137

A Well, now that you say it that way, while I may not have said specifically to stop the being silent part, I think it was implied that that -- the entire thing had to come to a -- come to an end. Okay? And that's -- like I said, I didn't tell them that specifically. And I wasn't the one who made the announcement regarding, you know, what was going on. And I can't remember what the announcement was.

Q Would it be fair to say that you never got to a point in the process with Hannah of wanting -- her indication to you that she wanted to start whatever she described a GSA group or club to be, of either approving or disapproving, because you weren't that far along in the process?

A That is correct.

Q I don't think I have any further questions.

R-E-E-X-A-M-I-N-A-T-I-O-N

BY MR. ROSENWALD:

Q Superintendent, do you have any understanding or was it reported to you how students who had taken a vow of silence were fighting?

A Say again? That's not change the

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 138

question, just say that again so I make sure I heard you correctly.

Q You said that there was a report of fighting between the students, or at least arguments. Do you have any understanding how the students involved in the Day of Silence were fighting?

A I don't know. I was told that they -- that several groups of students or various pockets of students had to be separated because they were about to fight. Now, whether they were arguing or pushing and shoving, I don't know that.

Q Do you have any knowledge about the nature of their disagreement, whether it be verbal or physical?

A No, I do not.

Q Do you know of the contents of those discussions between the students?

A I do not. Well -- oh. What was communicated to me was that they were using slurs like gay or the straight kids were calling the kids who were associated with the Gay Straight Alliance gay. The kids that were in the Gay Straight Alliance were referring to them as -- I can't remember the derogatory term. But they were

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

Deposition of Hannah Page February 8, 2010

Page 139

essentially going back and forth. So now I can recall that there was some verbal back and forth. Who started it, I don't know.

Q When you had your conversation with Hannah Page and you told her she needed to get a faculty adviser, did you suggest anybody that she might go to, to advise her?

A Not that I recall.

Q She just had to get a YMS faculty member to sponsor the club?

A Yes, sir.

R-E-E-X-A-M-I-N-A-T-I-O-N

BY MS. VOMACKA:

Q Once a student got a faculty -- if the student was looking to start a club, once they brought a -- what would have generally happened or what was your procedure if someone wanted to start a club? I mean I know you didn't get that far, but would there be more than just having a sponsor?

A Yeah. And while there was no -- I didn't have a plan etched in stone, my thing was whenever some -- the Board policy said you need to have a sponsor for any club. That meant the letter of the law.

Palmetto State Court Reporters (843) 670-1637
PalmettoStateCR@yahoo.com

**EXHIBIT B**