UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

HANNAH PAGE, through her parent and
next friend SUMMER PAGE,

        Plaintiff,                     Case No.: 3:09-CV-112-J-25-TEM

vs.

SCHOOL BOARD OF NASSAU COUNTY,

        Defendant.
_____

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff HANNAH PAGE, by and through her undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a) (1) (A) (ii), hereby stipulates to the dismissal of this action with prejudice. Defendant School Board of Nassau County also so stipulates, as indicated below.

Dated this 20th day of August, 2010.

Respectfully Submitted,

| | |
|---|---|
| /s Shelbi D. Day | s/ Francis H. Sheppard |
| SHELBI D. DAY, ESQ. | FRANCIS HENRY SHEPPARD, ESQ. |
| TRIAL COUNSEL | TRIAL COUNSEL |
| Fla. Bar. 0603201 | Fla. Bar No. 442290 |
| sday@aclufl.org | fsheppard@rumberger.com |
| ACLU Foundation of Florida | Rumberger Kirk & Caldwell |
| P.O. Box 18245 | PO Box 1873 |
| Tampa, Florida 33679-8245 | Orlando, Florida 32802-1873 |
| TEL: (813) 254-3361 | TEL: (407) 872-7300 |
| FAX: (813) 254-0926 | FAX: (407) 835-2041 |
| | *Attorney for Defendant* |

RANDALL C. MARSHALL, ESQ.
Fla. Bar No.: 0181765
rmarshall@aclufl.org
MARIA KAYANAN, ESQ.
Fla. Bar No.:  305601
mkayanan@aclufl.org
ACLU Foundation of Florida
4500 Biscayne Blvd.,  Suite 340
Miami, Florida 33137
TEL:   (786) 363-2713
FAX:   (786) 363-1392

*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on August 20, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  s/Shelbi D. Day
                                                  Counsel for Plaintiffs

**SERVICE LIST**
**Gay Straight Alliance of Yulee High Sch. *et al* vs. Sch. Bd. of Nassau County**
**Case No.: 3:09-CV-112-J-25-TEM**
**United States District Court, Middle District of Florida**

Francis Henry Sheppard, Esq.
Rumberger Kirk & Caldwell
PO Box 1873
Orlando, Florida 32802-1873
TEL: (407) 872-7300
FAX: (407) 835-2041
E-Mail: fsheppard@rumberger.com

Attorney for Defendant School Board of Nassau County